Michael E. Murphy, Esq. (Bar #174408)
SIMS LAW FIRM, LLP
19712 MacArthur Boulevard, Suite 120
Irvine, California 92612
(949) 253-7900
(949) 253-7930 - FAX

Attorneys for Defendants NATIONAL RAILROAD PASSENGER
CORPORATION (service mark AMTRAK)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUSE GARRETT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-03100-WBS-SCR<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed:   November 7, 2024<br>Trial Date: None |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned, counsel for Defendant National Railroad Passenger Corporation service mark Amtrak, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.    Defendant NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK is a District of Columbia corporation that was authorized to be created by the Rail Passenger Service Act, 49 U.S.C. §24101 et seq.

1    Amtrak has no parent corporation.  It has three wholly owned

2  subsidiaries:  Passenger Railroad Insurance Limited (PRIL), Washington Terminal

3  Company (WTC), and NERI PCC, Inc. (NERI).

4    The United States holds, through the U.S. Secretary of Transportation,

5  100% of Amtrak's preferred stock (109,396,994 shares at $100 par value).  Amtrak's

6  common stock (9,385,694 shares at $10 par value) is held by American Premier

7  Underwriters, Inc. (55.8; a wholly owned, not publicly traded, subsidiary of

8  American Financial Group, Inc., which is publicly traded), Burlington Northern and

9  Santa Fe LLC (35.7; BNSF LLC is a wholly owned, not publicly traded, subsidiary

10  of Berkshire Hathaway, which is publicly traded) Canadian Pacific Railway (6.3%),

11  and Canadian National Railway (2.2%).  None of Amtrak's stock is publicly traded.

12    2.    Plaintiff Julia Detweiler

13    3.    Defendant City of Mount Shasta

14    4.    Defendant Jeremiah Capurro

15    5.    Defendant Bruce Garrett

16  DATED: March 11, 2025                SIMS LAW FIRM, LLP

17

18                                    /s/ *Michael Murphy*
                                   By _____
19                                   Michael Murphy
                                   Attorneys for Defendant NATIONAL
20                                   RAILROAD PASSENGER CORPORATION
                                   service mark AMTRAK

21

22

23

24

25

26

27

28

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**PROOF OF SERVICE**
**USDC Case No. 2:24-cv-03100-WBS-SCR**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19712 MacArthur Blvd., Ste. 120, Irvine, CA 92612.

On March 11, 2025, I served the foregoing documents on the interested parties in this action:

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

[X]   by placing the true copies thereof enclosed in sealed envelopes addressed as listed below:

<u>**See Attached Service List**</u>

[ ]   **BY MAIL:** I deposited such envelope in the mail at Irvine, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, said correspondence is deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business; and there is delivery service by United States mail at the place so addressed.

I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. Executed on March 11, 2025, at Irvine, California.

[ ]   **BY E-MAIL TRANSMISSIO**N: I caused the above document to be emailed to counsel and sent from JMortimore@sms-law.com executed on March 11, 2025, at Irvine, California

[X]   **BY E-SERVICE:** The undersigned hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through pursuant to the United States District Court CM/ECF rules to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on March 11, 2025.

[X]   **(Federal):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed March 11, 2025, at Irvine, California.

/s/ *Jodie A. Mortimore*
_____
Jodie A. Mortimore

1

SERVICE LIST
*Detweiler v. NRPC, et al*

2

3

4     Dale K. Galipo, Esq.
      Benjamin S. Levine, Esq.
      LAW OFFICES OF DALE K. GALIPO
5     21800 Burbank Blvd., Suite 310
      Woodland Hills, CA 91367
6     (818) 347-3333
      (818) 347-4118 - Facsimile
7     dalegalipo@yahoo.com
      blevine@galipolaw.com
8     Attorneys for Plaintiff JULIA DETWEILER, individually and as successor-in-
      interest to Nicholas Detweiler, deceased
9

10    Derick E. Konz, Esq.
      William J. Bittner, Esq.
11    ANGELO, KILDAY & KILDUFF, LLP
      601 University Avenue, Suite 150
12    Sacramento, CA 95825
      (916) 564-6100
13    (916) 564-6263 - Facsimile
      dkonz@akk-law.com
14    wbittner@akk-law.com
      Attorneys for Defendant CITY OF MT. SHASTA AND JEREMIAH CAPURRO
15

16

17

18

19

20

21

22

23

24

25

26

27

28