**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DETWILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-03100-WBS-SCR<br><br>*Honorable William B. Shubb*<br>*Hon. Mag. Judge Sean C. Riordan*<br><br>**NOTICE OF RELATED CASE**<br><br>[Local Rule 123] |

NOTICE OF RELATED CASE

**TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 123, Plaintiff hereby gives notice of the following related case, *Bruce Garrett v. City of Mount Shasta, et al.*, No. 2:25-cv-00420-DAD-CKD, which was filed on January 31, 2025 (hereinafter, "the related matter"). The related matter is pending in this District Court and has been assigned to District Judge Dale A. Drozd and Magistrate Judge Carolyn K. Delaney.

The related matter satisfies the requirements of Local Rule 123(a) in that both matters (1) involve the same parties and are based on the same or similar claims; (2) both actions involve the same event; and (3) both actions involve similar or the same questions of fact and law.

Like this case, the related matter is an action asserting tort claims under 42 U.S.C. § 1983 and California law, based on City of Mount Shasta police officer Jeremiah Capurro's discharge of his firearm aboard an Amtrak train on December 25, 2023. Bruce Garrett, the plaintiff in the related matter, alleges that he was shot by Jeremiah Capurro during the same December 25, 2023, shooting at issue in the instant case, while he was working aboard the train as an Amtrak employee. Mr. Garrett alleges violations of his Fourth Amendment rights and California law, as well as federal employment law. The City of Mount Shasta, Jeremiah Capurro, and the National Railroad Passenger Corporation (doing business as "Amtrak") are named as defendants in both actions, and Mr. Garrett is also named as a defendant in the instant case. Assignment of both actions to a single judge would likely save judicial effort and economy because all parties in the related matter are parties to the instant case, both cases pertain to the same use of force event, and both cases involve many of the same legal issues, including whether the use of deadly force by Jeremiah Capurro on December 25, 2023, was excessive and unreasonable under the Fourth Amendment and California law.

1 | Respectfully submitted,
2 |
3 | Dated: March 25, 2025               **LAW OFFICES OF DALE K. GALIPO**
4 |
5 |                                     By:  _____*/s/ Benjamin S. Levine*_____
6 |                                          Dale K. Galipo
                                             Benjamin S. Levine
7 |                                          *Attorneys for Plaintiff Julia Detweiler*