(SPACE BELOW FOR FILING STAMP ONLY)

Stephanie L. Quinn (SBN 216655)
Collin S. McCarthy (SBN 305489)
**QUINN • COVARRUBIAS**
2220 Douglas Boulevard, Suite 240
Roseville, CA 95661
T: (916) 400-2300
F: (916) 400-2311
Squinn@quinncova.com
cmccarthy@quinncova.com
eservice@quinncova.com
Attorneys for Defendant
BRUCE GARETT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DETWEILER Individually and as successor in interest to NICHOLAS DETWEILER, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT and DOES 1 through 10, inclusive,<br><br>Defendant(s) | **Case No. 2:24-cv-03100-WBS-SCR**<br><br>**DEFENDANT BRUCE GARRETT'S CERTIFICATION AND NOTICE OF INTEREST PARTIES**<br><br><br>Complaint Filed: November 7, 2024<br>Trial Date: NONE SET |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

The undersigned, counsel for Defendant BRUCE GARETT, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Plaintiff Julia Detweiler

2. Defendant NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK.

3. Defendant City of Mount Shasta

///

///

1

DEFENDANT BRUCE GARRETT'S CERTIFICATION AND NOTICE OF INTEREST PARTIES

4. Defendant Jeremiah Capurro

5. Defendant Bruce Garrett

DATED: April 7, 2025          QUINN • COVARRUBIAS

By: _____
S<small>TEPHANIE</small> L. Q<small>UINN</small>
C<small>OLLIN</small> S. M<small>C</small>C<small>ARTHY</small>
Attorneys for Defendant
BRUCE GARETT

*Detweiler v. City of Mount Shasta et al*
Case No. 24-cv-03100

# DECLARATION OF SERVICE

I, Leonel Arroyo, declare as follows:

I am employed in the County of Placer, State of California; I am over the age of 18 years and not a party to this action; my business address is 2220 Douglas Boulevard, Suite 240, Roseville, CA 95661, in said County and State. On April 7, 2025 I served:

1. **DEFENDANT BRUCE GARRETT'S ANSWER TO COMPLAINT FOR DAMAGES; DEMAND FOR JURY TRIAL.**

2. **DEFENDANT BRUCE GARRETT'S CERTIFICATION AND NOTICE OF INTEREST PARTIES.**

on the following person(s) at the following address(es), in the manner indicated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY THE COURT'S CM/ECF SYSTEM)**
Pursuant to Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF System, which sent notification of that filing to the parties as registered.

I certify under penalty of perjury that the foregoing is true and correct, and this declaration of service was executed on April 7, 2025, at Roseville, California.

By: *Leonel Arroyo*
    Leonel Arroyo