UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive;<br><br>Defendants. | No. 2:24-cv-3100 WBS SCR<br><br><br><br><u>ORDER RELATING CASES</u> |
| BRUCE GARRETT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNT SHASTA, a public entity; JEREMIAH CAPURRO, as an individual and in his capacity as a public employee; and NATIONAL RAILROAD PASSENGER CORPORATION dba Amtrak;,<br><br>Defendants. | No. 2:25-cv-420 DAD CKD |

1

|   |   |
|---|---|
| 1 | ----oo0oo---- |
| 2 | Examination of the above-entitled actions reveals that |
| 3 | they are related within the meaning of Local Rule 123(a), because |
| 4 | they involve some of the same defendants and involve the same |
| 5 | incident.  Accordingly, the assignment of the matters to the same |
| 6 | judge is likely to effect a substantial saving of judicial effort |
| 7 | and is also likely to be convenient for the parties. |
| 8 | The parties should be aware that relating the cases |
| 9 | under Local Rule 123 merely has the result that both actions are |
| 10 | assigned to the same judge; no consolidation of the actions is |
| 11 | effected.  Under the regular practice of this court, related |
| 12 | cases are generally assigned to the judge and magistrate judge to |
| 13 | whom the first filed action was assigned. |
| 14 | IT IS THEREFORE ORDERED that the actions denominated |
| 15 | <u>Detwiler v. City of Mount Shasta</u>, 2:24-cv-3100 WBS SCR, and |
| 16 | <u>Garrett v. City of Mount Shasta</u>, 2:25-cv-420 DAD CKD, be, and the |
| 17 | same hereby are, deemed related.  The case denominated <u>Garrett v.</u> |
| 18 | <u>City of Mount Shasta</u>, 2:25-cv-420 DAD CKD, shall be reassigned to |
| 19 | Judge WILLIAM B. SHUBB and Judge SEAN C. RIORDAN.  Any dates |
| 20 | currently set in the reassigned case only are hereby VACATED. |
| 21 | Henceforth, the captions on documents filed in the reassigned |
| 22 | case shall be shown as <u>Garrett v. City of Mount Shasta</u>, 2:25-cv- |
| 23 | 420 WBS SCR. |
| 24 | IT IS FURTHER ORDERED that the Clerk of the Court make |
| 25 | an appropriate adjustment in the assignment of cases to |
| 26 | compensate for this reassignment. |
| 27 | Dated:  April 8, 2025 |
| 28 | WILLIAM B. SHUBB<br>UNITED STATES DISTRICT JUDGE |