(SPACE BELOW FOR FILING STAMP ONLY)

STEPHANIE L. QUINN (SBN 216655)
COLLIN S. MCCARTHY (SBN 305489)
**QUINN • COVARRUBIAS**
2220 Douglas Boulevard, Suite 240
Roseville, CA 95661
T: (916) 400-2300
F: (916) 400-2311
squinn@quinncova.com
cmccarthy@quinncova.com
service@quinncova.com

Attorneys for Defendant
BRUCE GARRETT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No. 2:24-cv-03100-WBS-SCR<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br><br><br>Complaint Filed:  November 07, 2024<br>Trial Date:           March 09, 2027 |

TO ALL INTERESTED PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant BRUCE GARRETT, hereby associates in as their attorney of record Michael E. Murphy of the Sims Law Firm along with their current attorney of record, Stephanie L. Quinn of Quinn • Covarrubias, in accordance with Local Rule 182 (i).

The undersigned attorneys request that all future filings, notices, and correspondence – including electronic service via Court's CM/ECF – be directed to include the following associated counsel:

Michael E. Murphy (SBN 174408)
**Sims Law Firm, LLP**
19762 Mac Arthur Blvd., Suite 350
Irvine, CA 92612
T: 949-253-7900
Email: mmurphy@sms-law.com

This Notice does not substitute or withdraw any currently appearing counsel of record.

DATED: December 8, 2025         SIMS LAW FIRM, LLP

By: _____
MICHAEL E. MURPHY
Associated Counsel for Defendant
BRUCE GARRETT

I consent to this association.         QUINN • COVARRUBIAS

By: _____
STEPHANIE L. QUINN
COLLIN S. MCCARTHY
Attorneys for Defendant
BRUCE GARRETT

<u>Garrett v. City of Mount Shasta et al</u>
United States District Court, Eastern District of California, Case No. 2:25-cv-420

# DECLARATION OF SERVICE

I, Margaryta Siergieieva declare as follows:

I am employed in the County of Placer, State of California; I am over the age of 18 years and not a party to this action; my business address is 2220 Douglas Boulevard, Suite 240, Roseville, CA 95661, in said County and State. On December 8, 2025 I served:

**1. DEFENDANT BRUCE GARRETT'S RULE 26 INITIAL DISCLOSURES**

on the following person(s) at the following address(es), in the manner indicated below:

**SEE ATTACHED SERVICE LIST**

☒ **(BY THE COURT'S CM/ECF SYSTEM)**
Pursuant to Local Rule, I electronically filed the document(s) with the Clerk of the Court using the CM/ECF System, which sent notification of that filing to the parties as registered.

☐ **ONLY BY ELECTRONIC TRANSMISSION:** In compliance with CRC 2.251 or Fed.R.Civ.P.5(b)(E); C.P. §1010.6, or pursuant to a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I served the documents by email on the persons indicated above, using the e-mail addresses shown. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I certify under penalty of perjury that the foregoing is true and correct, and this declaration of service was executed on December 8, 2025, at Roseville, California.

By: *Margaryta Siergieieva*
Margaryta Siergieieva, Paralegal

<u>Garrett v. City of Mount Shasta et al</u>
United States District Court, Eastern District of California, Case No. 2:25-cv-420

## SERVICE LIST

| | |
|---|---|
| Dale K. Galipo<br>Benjamin Levine<br>**LAW OFFICES OF DALE K. GALIPO**<br>21800 Burbank Blvd. Suite 310<br>Woodland Hills, CA 91367<br>T: 818-347-3333<br>dalekgalipo@yahoo.com<br>blevine@galipolaw.com<br>Santiago Laurel<br>slaurel@galipolaw.com<br><br>Attorneys for Plaintiff<br>**JULIA DETWEILER Individually and as successor-in-interest to NICHOLAS DETWEILER, deceased** | Derick E. Konz<br>William J. Bittner<br>Matthew B. Grace<br>**ANGELO, KILDAY & KILDUFF, LLP**<br>601 University Avenue, Suite 150<br>Sacramento, CA 95825<br>T: 919-564-6100<br>F: 916-564-6263<br>dkonz@akk-law.com<br>wbittner@akk-law.com<br>mgrace@akk-law.com<br>Sarah E. Kelly<br>skelly@akk-law.com<br><br>Attorneys for Defendant<br>**CITY OF MT. SHASTA and JEREMIAH CAPURRO** |
| Michael E. Murphy<br>**SIMS LAW FIRM, LLP**<br>19762 Mac Arthur Blvd., Suite 350<br>Irvine, CA 92612<br>T: (949)-253-7900<br>F: 949-253-7930<br>mmurphy@sms-law.com<br><br>Attorneys for Defendant<br>**NATIONAL RAILROAD PASSENGER CORPORATION** | |

- 2 -
**PROOF OF SERVICE**