**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
Tel: (818) 347-3333
Fax: (818) 347-4118

*Attorneys for Plaintiff Julia Detweiler*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive,<br><br>Defendants. | **Case No. 2:24-cv-03100-WBS-SCR**<br>*Judge: William B. Shubb*<br>*Magistrate Judge: Sean C. Riordan*<br><br>**DECLARATION OF JULIA DETWEILER AS SUCCESSOR IN INTEREST TO NICHOLAS DETWEILER (C.C.P. § 377.32)**<br><br>**[Cal. Code Civ. Proc. §377]**<br><br><br>Complaint Filed: November 07, 2024<br>Trial Date: March 9, 2027 |

## C.C.P. § 377.32 DECLARATION OF JULIA DETWEILER SUCCESSOR IN INTEREST TO NICHOLAS DETWEILER

I, Julia Detweiler, do hereby declare as follows:

1. My name is Julia Detweiler, I am a competent adult over the age of eighteen.

2. I am personally familiar with the facts contained herein and would competently testify thereto if called upon to do so.

3. The name of the decedent in this action is Nicholas Detweiler ("Decedent").

4. I am the natural mother of the Decedent.

5. Decedent died on December 25, 2023, in the city of Mount Shasta, California.

6. No proceeding is currently pending in California for administration of Decedent's estate.

7. I am Decedent's successor in interest as defined in Section 377.11 of the California Code of Civil Procedure and successor to Decedent's interest in this action or proceeding as the natural mother of the Decedent.

8. No other persons have a superior right to commence this action or proceeding or to be substituted for Decedent in this pending action or proceeding.

9. A copy of the death certificate of Decedent is attached hereto as "Exhibit A."

I, Julia Detweiler, declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on 12/9/2025 in Forestville, California.

*/s/ Julia Detweiler* (DocuSigned, F8EAC61852FC40D)
Julia Detweiler