# Exhibit A

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

### OFFICE OF RECORDER
## COUNTY OF SISKIYOU
YREKA, CALIFORNIA
### CERTIFICATE OF DEATH

STATE FILE NUMBER: 3202347000483

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT—FIRST (Given) | NICHOLAS |
| 2. MIDDLE | DETWEILER |
| 3. LAST (Family) | HARITOUDIS |
| 4. DATE OF BIRTH | 12/04/1991 |
| 5. AGE Yrs. | 32 |
| 6. SEX | M |
| 9. BIRTH STATE/FOREIGN COUNTRY | CA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | NEVER MARRIED |
| 7. DATE OF DEATH | 12/25/2023 |
| 8. HOUR | 0053 |
| 14. EDUCATION | GED |
| 15. HISPANIC? | (no) |
| 16. RACE | GREEK, CHICKASAW |
| 17. USUAL OCCUPATION | FORESTER |
| 18. KIND OF BUSINESS OR INDUSTRY | FORESTRY |
| 19. YEARS IN OCCUPATION | 2 |
| 20. DECEDENT'S RESIDENCE | 1040 CALIFORNIA AVENUE |
| 21. CITY | KLAMATH FALLS |
| 22. COUNTY/PROVINCE | KLAMATH |
| 23. ZIP CODE | 97601 |
| 24. YEARS IN COUNTY | 5 |
| 25. STATE/FOREIGN COUNTRY | OR |
| 26. INFORMANT'S NAME, RELATIONSHIP | JULIA FAY DETWEILER, MOTHER |
| 27. INFORMANT'S MAILING ADDRESS | PO BOX 344, RIO NIDO, CA 95471 |
| 31. NAME OF FATHER/PARENT—FIRST | PANAGIOTIS |
| 33. LAST | HARITOUDIS |
| 34. BIRTH STATE | GREECE |
| 35. NAME OF MOTHER/PARENT—FIRST | JULIA |
| 36. MIDDLE | FAY |
| 37. LAST (BIRTH NAME) | DETWEILER |
| 38. BIRTH STATE | PA |
| 39. DISPOSITION DATE | 01/19/2024 |
| 40. PLACE OF FINAL DISPOSITION | PLEASANT HILLS MEMORIAL PARK, 1700 PLEASANT HILL ROAD, SEBASTOPOL, CA 95472 |
| 41. TYPE OF DISPOSITION(S) | BURIAL |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 44. NAME OF FUNERAL ESTABLISHMENT | PLEASANT HILLS MEMORIAL PARK & MORTUARY |
| 45. LICENSE NUMBER | FD1337 |
| 46. SIGNATURE OF LOCAL REGISTRAR | CRAIG S. KAY |
| 47. DATE | 01/17/2024 |
| 101. PLACE OF DEATH | ROADSIDE |
| 103. IF OTHER THAN HOSPITAL | Other |
| 104. COUNTY | SISKIYOU |
| 105. FACILITY ADDRESS | WEST LAKE STREET |
| 106. CITY | MT. SHASTA |
| 107. CAUSE OF DEATH (A) IMMEDIATE CAUSE | GUNSHOT WOUNDS OF TRUNK |
| Time Interval | SEC |
| 108. DEATH REPORTED TO CORONER | YES, 1-23-1888 |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | YES |
| 111. USED IN DETERMINING CAUSE? | YES |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 113A. DECEDENT PREGNANT IN LAST YEAR? | NO |
| 119. MANNER OF DEATH | Suicide / Pending Investigation |
| 120. INJURED AT WORK? | NO |
| 126. SIGNATURE OF CORONER / DEPUTY CORONER | JEFFERY M MOSER |
| 127. DATE | 01/16/2024 |
| 128. TYPE NAME, TITLE OF CORONER | JEFFERY M MOSER, DEP CORONER |

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF SISKIYOU

This is a true and exact reproduction of the document officially registered and placed on file in the office of the Siskiyou County Assessor-Recorder.

DATE ISSUED: 02/06/2024    Page 1 of 1

ASHLEY PANKS




*000097346*

CRAIG S. KAY
SISKIYOU COUNTY ASSESSOR-RECORDER

This copy is not valid unless prepared on an engraved border displaying the date, seal and signature of the Assessor-Recorder.

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE