**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

***Attorneys for Plaintiff***

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JULIA DETWILER, individually and successors-in-interest to Nicholas Detweiler, deceased,

Plaintiffs,

v.

CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive,

Defendants.

**Case No. 2:24-cv-03100-WBS-SCR**
*Hon. Mag. Judge Sean C. Riordan*

**PLAINTIFF'S OBJECTION TO SUBPOENA FOR PRODUCTION OF DOCUMENTS (DR. SUSAN DEDMORE)**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE Plaintiff Julia Detweiler hereby objects to the production of any of her records, including records containing protected health information, by the Custodian of Records for Dr. Susan Dedmore, in response to

Defendants’ subpoena commanding production on August 25, 2026.

Plaintiff objects on the grounds that she does not waive any applicable privilege or protection and does not consent to the disclosure of privileged, confidential, or private medical information.

Plaintiff further objects because the subpoena is overbroad and unduly burdensome insofar as it seeks "any and all" medical records, charts, handwritten notes, reports, intake forms, patient histories, examination records, laboratory records, correspondence, billing records, insurance information, payment histories, and other documents without any reasonable limitation as to time, subject matter, or the claims and defenses at issue in this litigation.

Plaintiff further objects because the subpoena seeks information beyond the scope of discovery permitted by Federal Rule of Civil Procedure 26(b)(1), including information that is not relevant to any party’s claim or defense and is not proportional to the needs of the case, including because Plaintiff’s medical condition is not at issue in this wrongful death and survival action concerning the death of Plaintiff’s son, Nicholas Detweiler.

Plaintiff further objects because the subpoena seeks disclosure of confidential medical information protected by the Health Insurance Portability and Accountability Act ("HIPAA"), 45 C.F.R. Parts 160 and 164, and any applicable federal or state privileges and privacy protections, including the doctor-patient privilege. To the extent the subpoena seeks mental health records or communications, Plaintiff also expressly asserts the federal psychotherapist-patient privilege recognized in *Jaffee v. Redmond*, 518 U.S. 1 (1996), and Federal Rule of Evidence 501 (Committee Notes). Plaintiff further asserts all applicable privacy rights and protections under California law, including the California Confidentiality of Medical Information Act, Cal. Civ. Code §§ 56 et seq., and Article I, section 1 of the California Constitution, to the extent applicable in this action.

Accordingly, Plaintiff objects to the production of the requested records, does not consent to their disclosure, and expressly reserves all rights to seek relief under Federal Rule of Civil Procedure 45(d)(3), including a motion to quash or modify the subpoena, as well as a protective order pursuant to Federal Rule of Civil Procedure 26(c), and reserves all other objections and privileges.

Dated: August 4, 2026 **LAW OFFICES OF DALE K. GALIPO**

By: *__/s/ Benjamin S. Levine__*
Dale K. Galipo
Benjamin S. Levine
*Attorneys for Plaintiff*

| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| **TITLE OF CASE (Abbreviated)**<br>Detweiler v. City of Mount Shasta | |
| **ATTORNEY(S) NAME AND ADDRESS**<br>Dale K. Galipo [CA SBN 144074]<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd, Suite 310<br>Woodland Hills, California 91367<br>Fax: (818) 347-4118<br>Email: dalekgalipo@yahoo.com | |
| **ATTTORNEY(S) FOR: Plaintiffs** | Case No. 2:24-cv-03100-WBS-SCR<br>Courtroom: 5<br>Judge: William B. Shubb |

## DECLARATION OF SERVICE

I, Santiago G. Laurel, am employed in the County of Los Angeles, State of California and am over the age of eighteen years and not a party to the within action. My business address is 21800 Burbank Boulevard, Suite 310, Woodland Hills, California 91367. On August 4, 2026, I served the foregoing document described as: **PLAINTIFF'S OBJECTION TO SUBPOENA FOR PRODUCTION OF DOCUMENTS (DR. SUSAN DEDMORE)** on all interested parties, through their respective attorneys of record in this action by placing a true copy thereof enclosed in a sealed envelope addressed as specified below:

**SEE ATTACHED SERVICE LIST**

**METHOD OF SERVICE**

☒ (BY MAIL) I enclosed the documents in a sealed envelope or package and addressed to the parties at the address specified above. **(ONLY SUSAN DEDMORE)**

☒ I deposited the sealed envelope or package with the United States Postal Service, with the postage fully prepaid thereon.

☒ (BY FAX) I transmitted a copy of the document(s) via facsimile machine to the fax number(s) given by the person(s) on the service list. The transmission was reported as complete and without error by the transmitting machine. **(ONLY SUSAN DEDMORE)**

☒ (BY ELECTRONIC SERVICE) I caused the foregoing document(s) to be sent via electronic transmittal to the notification addresses listed below as registered with this court's case management/electronic court filing system.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 4, 2026

____________________________
Santiago G. Laurel

# SERVICE LIST

**VIA EMAIL ONLY:**

DERICK E. KONZ,
WILLIAM J. BITTNER,
MATTHEW GRACE,
**ANGELO, KILDAY & KILDUFF, LLP Attorneys at Law**
601 University Avenue, Suite 150
Sacramento, CA 95825
Telecopier: (916) 564-6263
Emails: dkonz@akk-law.com; wbittner@akk-law.com; rkhan@akk-law.com; skelley@akk-law.com; and tredding@akk-law.com

***Attorneys for Defendant CITY OF MT. SHASTA and JEREMIAH CAPURRO***

Mike Murphy
**SIMS LAW FIRM, LLP**
101 Pacifica Suite 210
Irvine, California 92618
Emails: mmurphy@sms-law.com; jmortimore@sms-law.com; bchristensen@sms-law.com;

***Attorney for Defendant National Railroad Passenger Corporation***

Stephanie L. Quinn (SBN 216655)
Collin S. McCarthy (SBN 305489)
QUINN • COVARRUBIAS
2220 Douglas Boulevard, Suite 240
Roseville, CA 95661
F: (916) 400-2311
Squinn@quinncova.com; cmccarthy@quinncova.com; eservice@quinncova.com; larroyo@quinncova.com; msiergieieva@quinncova.com

***Attorney for Defendant Bruce Garrett***

**VIA MAIL AND FAX ONLY:**

Dr. Susan Dedmore
3569 Round Barn Circle,
Santa Rosa, CA 95403
Fax: (707) 303-3094

1110 N. Dutton Ave.,
Santa Rosa, CA 95403