DERICK E. KONZ, SB No. 286902
dkonz@akk-law.com
WILLIAM J. BITTNER, No. 292056
wbittner@akk-law.com
ISABELLE P. CARMICHAEL, No. 367390
icarmichael@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA DETWILER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MT. SHASTA, et al.,<br><br>Defendants. | Case No.: 2-24-CV-03100-SCR<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Attorney ISABELLE P. CARMICHAEL of the law firm of Angelo, Kilday & Kilduff, LLP, has joined in as attorney of record for Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO in this matter.

Pursuant to Fed. R. Civ. P. 5, Isabelle P. Carmichael requests email notification of all e-filings in this matter. Isabelle P. Carmichael's email address is: icarmichael@akk-law.com.

Dated: September 30, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Isabelle P. Carmichael*

By:________________________________
DERICK KONZ
WILLIAM J. BITTNER
ISABELLE P. CARMICHAEL
Attorneys for Defendants
CITY OF MT. SHASTA and JEREMIAH CAPURRO