DERICK E. KONZ, SB No. 286902
dkonz@akk-law.com
WILLIAM J. BITTNER, SB No. 292056
wbittner@akk-law.com
ISABELLE P. CARMICHAEL, SB No. 367390
icarmichael@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA DETWEILER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MT. SHASTA, et al.,<br><br>Defendants. | Case No.: 2:24-CV-03100-WBS-SCR<br><br>**DEFENDANTS CITY OF MT. SHASTA AND JEREMIAH CAPURRO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**DATE: December 21, 2026**<br>**TIME: 1:30 P.M.**<br>**DEPT: 5, 14th Floor** |

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on December 21, 2026, at 1:30 p.m. in Courtroom 5, or as soon thereafter as the matter may be heard, at the United States District Courthouse located at 501 I Street, Sacramento, California, Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO ("Defendants") will move this Court for summary judgment or in the alterative, summary adjudication pursuant to Fed. R. Civ. P. 56.

This motion will be made on the grounds that causes of action pled against the Defendants are without merit and no triable issue of material fact exists for the following reasons:

1. No Reasonable Jury Could Find the Use of Deadly Force Unreasonable.
2. Officer Capurro is Entitled to Qualified Immunity.
3. No Reasonable Jury Could Find that the Use of Deadly Force Shocks the Conscience.
4. No Reasonable Jury Could Find that Officer Capurro Failed to Render Medical Aid.
5. No Reasonable Jury Could Find that Officer Capurro Unlawfully Detained Detweiler.
6. No Reasonable Jury Could Find that Detweiler's ADA Rights Were Violated.
7. No Reasonable Jury Could Find Officer Capurro Negligent.
8. No Reasonable Jury Could Find that Officer Capurro Violated the Bane Act.

This motion will be based on this Notice of Motion, the Memorandum of Points and Authorities, Separate Statement of Undisputed Material Facts, the Volume of Evidence, the Notice of Lodging, the Declarations of Derick E. Konz, Jeremiah Capurro and Amber Orrey filed in support hereof, as well as the complete files and records in this action, and on any other such matters as may be presented or submitted at or before the hearing of this motion.

Dated: October 16, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*

By:________________________________

DERICK KONZ
Attorneys for Defendants
CITY OF MT. SHASTA and
JEREMIAH CAPURRO