DERICK E. KONZ, SB No. 286902
dkonz@akk-law.com
WILLIAM J. BITTNER, SB No. 292056
wbittner@akk-law.com
ISABELLE P. CARMICHAEL, SB No. 367390
icarmichael@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA DETWEILER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MT. SHASTA, et al.,<br><br>Defendants. | Case No.: 2:24-CV-03100-WBS-SCR<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANTS CITY OF MT. SHASTA AND JEREMIAH CAPURRO'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**DATE: December 21, 2026**<br>**TIME: 1:30 P.M.**<br>**DEPT: 5, 14th Floor** |

Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO ("Defendants"), hereby submit this Separate Statement of Undisputed Material Facts in Support of Defendants' Motion for Summary Judgment or in the alternative Summary Adjudication.

These facts are supported by the following evidence submitted herewith in Defendants' Volume of Evidence:

- **Exhibit A** – Body-Worn Camera Video (see Orrey Declaration);
- **Exhibit B** – Dispatch Audio (see Orrey Declaration);
- **Exhibit C** – Dispatch Audio (see Orrey Declaration);
- **Exhibit D** – Photos of Officer Capurro's Face (see Orrey Declaration);
- **Exhibit E** – Photos of Taser Probes in Train Ceiling (see Orrey Declaration);
- **Exhibit F** – Photos of the Brass Knuckles (see Orrey Declaration);
- **Exhibit G** – Still Frames from Body-Worn Camera Video Showing Detweiler Grab the Taser (see Konz Declaration);
- **Exhibit H** – Still Frames from Body-Worn Camera Video Showing Detweiler Putting on Brass Knuckles (see Konz Declaration);
- **Exhibit I** – Still Frames from Body-Worn Camera Video Showing Detweiler Punch Garrett (see Konz Declaration);
- **Exhibit J** – Still Frames from Body-Worn Camera Video Showing Detweiler Choking Garrett (see Konz Declaration);
- **Exhibit K** – Still Frames from Body-Worn Camera Video Showing Blood on Officer Capurro's Hands After He Wiped His Face (see Konz Declaration);
- **Exhibit L** – Still Frames from Body-Worn Camera Video Showing Brass Knuckles Near Detweiler's Body (see Konz Declaration);
- **Exhibit M** – Transcript from Officer Capurro's Deposition (see Konz Declaration);
- **Exhibit N** – Transcript from Bruce Garrett's Deposition (see Konz Declaration);
- **Exhibit O** – Transcript from Scott DeFoe's Deposition (see Konz Declaration);
- Officer Capurro's Declaration.

///

///

## I. STATEMENT OF UNDISPUTED FACTS

| DEFENDANTS' UNDISPUTED MATERIAL FACT: | DEFENDANTS' EVIDENCE: |
|---|---|
| 1. Jeremiah Capurro ("Officer Capurro") was working as a sworn police officer for the City of Mt. Shasta ("City") on the night of December 24, 2023. | 1. Declaration of Jeremiah Capurro ("Capurro Decl.") at ¶ 1. |
| 2. He was in full uniform. | 2. Capurro Decl. at ¶ 2. |
| 3. Officer Capurro was the only patrol officer on-duty in the City during this shift. | 3. Capurro Decl. at ¶ 3. |
| 4. At approximately midnight, he was in the police department dispatch center and was advised of the following by the dispatcher: (1) Amtrak train staff had just called and reported that a passenger was threatening people with brass knuckles on the train; (2) the train was would be making a stop in the City to have the passenger removed (or according to the Amtrak employee, "extracted") and requested that Mt. Shasta Police Department remove him; and (3) the passenger had a history of assaulting police officers. | 4. Capurro Decl. at ¶ 4; Declaration of Amber Orrey ("Orrey Decl.") at **Exhibits B** and **C** (Dispatch Audio); Deposition of Bruce Garrett ("Garrett depo") at 18:1-14; 21:23-22:18; 25:8-26:20; 35:10-16, 59:4-60:8, 90:24-91:11, 91:24-93:7; Deposition of Jeremiah Capurro ("Capurro depo") at 24:9-25:3, 27:1-6, 28:13-19. |
| 5. According to Plaintiff's police practices expert, possession of brass knuckles in California can be charged as a felony and they are considered a deadly weapon if used to attempt to strike someone. | 5. Deposition of Scott DeFoe ("DeFoe depo") at 37:14-38:7; Capurro Decl. at ¶ 5 |
| 6. Officer Capurro left the dispatch center and parked his patrol car at the location where the train was expected to stop (Lake Street where it intersects the train tracks). | 6. Capurro depo at 28:20-22; Capurro Decl. at ¶ 6. |

| **DEFENDANTS' UNDISPUTED MATERIAL FACT:** | **DEFENDANTS' EVIDENCE:** |
|---|---|
| 7. As he waited for the train, he contacted a Siskiyou County Sheriff's Deputy to request that they assist and asked for their location. | 7. Capurro depo at 29:11-31:6; Capurro Decl. at ¶ 7 |
| 8. He estimated that assistance was at least five minutes away. | 8. Capurro depo at 29:11-31:6; Capurro Decl. at ¶ 8. |
| 9. While he was on the phone, he heard the train in the distance and very shortly after, it arrived. | 9. Capurro depo at 32:15-33:5, 34:1-3; Capurro Decl. at ¶ 9. |
| 10. The train stopped, blocking Lake Street, a door opened, and an Amtrak employee met Officer Capurro at the door. | 10. Capurro depo at 34:4-7; Capurro Decl. at ¶ 10; **Exhibit A** (Body-Worn Camera Video) at 00:26:25 |
| 11. The employee showed Officer Capurro onto the train and walked him to the passenger that they wanted removed ("Detweiler"). | 11. Capurro depo at 39:11-16; Capurro Decl. at ¶ 11; **Exhibit A** at 00:26:37 |
| 12. Detweiler was sitting in his seat in the upstairs level of Car 11. | 12. Garrett depo at 93:8-9; Capurro Decl. at ¶ 12; **Exhibit A** at 00:27:06 |
| 13. The aisle was approximately 2-3 feet wide and the lighting was dim. | **13.** Capurro Decl. at ¶ 13; **Exhibit A** |
| 14. Officer Capurro intended to detain Detweiler, escort him off the train, and then investigate the possibility of arrest for possession of brass knuckles. | 14. Capurro depo at 39:24-40:18; Capurro Decl. at ¶ 14 |
| 15. Detweiler appeared to be either sleeping or pretending to be asleep. | 15. Capurro depo at 39:17-19; Capurro Decl. at ¶ 15; **Exhibit A** at 00:27:05 |
| 16. He had a plastic bag filled with objects unknown to Officer Capurro in the seat next to him. | 16. Capurro Decl. at ¶ 16; **Exhibit A** at 00:27:05 |
| 17. He had on black gloves and a hood pulled over his head partially obscuring his face. | 17. Capurro Decl. at ¶ 17; **Exhibit A** at 00:27:08 |

| **DEFENDANTS' UNDISPUTED MATERIAL FACT:** | **DEFENDANTS' EVIDENCE:** |
|---|---|
| 18. Officer Capurro shined a flashlight on him, said, "hey bud," tapped him on the shoulder, pulled his hood back, and said, "hey, how's it going?" | 18. Capurro Decl. at ¶ 18; **Exhibit A** at 00:27:05-00:27:13 |
| 19. Detweiler appeared startled and immediately stood up. | 19. Capurro Decl. at ¶ 19; **Exhibit A** at 00:27:13 |
| 20. Officer Capurro said, "hey, police department." | 20. Capurro Decl. at ¶ 20; **Exhibit A** at 00:27:05-00:27:14 |
| 21. Detweiler responded, "is this the stop?" | 21. Capurro Decl. at ¶ 21; **Exhibit A** at 00:27:17 |
| 22. Officer Capurro responded, "yeah this is the stop, you're coming off" and told him "keep your hands up" four times. | 22. Capurro Decl. at ¶ 22; **Exhibit A** at 00:27:17-00:27:29 |
| 23. Officer Capurro pointed his taser at Detweiler's midsection. | 23. Capurro Decl. at ¶ 23; **Exhibit A** at 00:27:29 |
| 24. Detweiler did not keep both hands up. | 24. Capurro Decl. at ¶ 24; **Exhibit A** at 00:27:17-00:27:29 |
| 25. Officer Capurro told Detweiler two times, "turn around," intending to handcuff him and remove him from the train. | 25. Capurro Decl. at ¶ 25; **Exhibit A** at 00:27:29-00:27:31 |
| 26. Detweiler did not turn around. | 26. Capurro Decl. at ¶ 26; **Exhibit A** at 00:27:29-00:27:32 |
| 27. Detweiler grabbed the plastic bag that was on his seat. | 27. Capurro Decl. at ¶ 27; **Exhibit A** at 00:27:31-00:27:33 |
| 28. Officer Capurro told him six times, "don't touch anything." | 28. Capurro Decl. at ¶ 28; **Exhibit A** at 00:27:32-00:27:46 |
| 29. Detweiler did not put the bag down. | 29. Capurro Decl. at ¶ 29; **Exhibit A** 00:27:35-00:27:46 |
| 30. Officer Capurro attempted to take it from him, but Detweiler pulled it away. | 30. Capurro Decl. at ¶ 30; **Exhibit A** 00:27:29-00:27:31 |

| **DEFENDANTS' UNDISPUTED MATERIAL FACT:** | **DEFENDANTS' EVIDENCE:** |
|---|---|
| 31. Plaintiff's own retained police practices expert (Scott DeFoe) opines that it was appropriate for Officer Capurro to attempt to prevent Detweiler from accessing the bag and to attempt to restrain his hands before exiting the train ("I don't want him – I want nothing in his hands. I want his hands restrained, and that's what the objective should have been."). | 31. DeFoe depo at 75:1-76:1 |
| 32. Mr. DeFoe also opines that it would be a felony to "try to disarm a police officer and take any of his less lethal force options." | 32. DeFoe depo at 55:16-55:19 |
| 33. Detweiler, still holding the bag, moved into the aisle away from Officer Capurro and in the direction of the Amtrak train conductor ("Garrett") who was approximately ten feet away. | 33. Garrett depo at 37:11-13, 63:14-25; Capurro Decl. at ¶ 31; **Exhibit A** at 00:27:43-00:27:46 |
| 34. Officer Capurro attempted to tase Detweiler. | 34. Capurro Decl. at ¶ 32; **Exhibit A** at 00:27:46 |
| 35. Detweiler grabbed the taser and the two struggled over it. | 35. Capurro Decl. at ¶ 33; **Exhibit A** at 00:27:46-00:27:53; **Exhibit G** (Still frame from BWC video of Detweiler grabbing the taser)> |
| 36. During the struggle, Officer Capurro was able to point it at the ceiling and discharge it in an attempt to prevent it from being used. | 36. Capurro depo at 51:2-9; Capurro Decl. at ¶ 34; **Exhibit A** at 00:27:46-00:27:53; **Exhibit E** (Photos of Taser Probes in the Ceiling) |
| 37. Garrett grabbed Detweiler from behind and tried to "help pull [Detweiler] off of the officer" because he "felt a sense of duty to interject and try and help the situation" and because he thought Detweiler was "possibly… getting the upper hand." | 37. Garrett depo at 61:22-62:12, 87:21-88:4; Capurro depo at 52:23-53:3; Capurro Decl. at ¶ 35; **Exhibit A** at 00:27:53-00:27:57 |

| DEFENDANTS' UNDISPUTED MATERIAL FACT: | DEFENDANTS' EVIDENCE: |
|---|---|
| 38. According to Garrett, Detweiler was "fighting with the officer" and "attacking the officer." | 38. Garrett depo at 61:22-62:12, 87:21-88:4 |
| 39. Officer Capurro was able to create a couple feet of distance from Detweiler and discharged his taser at him. | 39. Capurro Decl. at ¶ 36; **Exhibit A** at 00:27:53-00:27:57 |
| 40. Garrett was attempting to hold Detweiler and said, "I need assistance, I need assistance now." | 40. **Exhibit A** at 00:27:56-00:27:58 |
| 41. Officer Capurro attempted to go hands-on with Detweiler and Detweiler punched him at least twice in the face. | 41. Capurro depo at 54:22-55:19; Capurro Decl. at ¶ 37; Exhibit A 00:27:58-00:28:02; **Exhibit D** (Photos of Officer Capurro); **Exhibit K** (Still frame from BWC video of blood on Officer Capurro's hands) |
| 42. Officer Capurro felt dazed and thought he was on the verge of blacking out. | 42. Capurro Decl. at ¶ 38 |
| 43. After the incident, he went to the hospital emergency room and was told that he suffered a concussion. | 43. Capurro Decl. at ¶ 39 |
| 44. Officer Capurro transitioned to his baton. | 44. Capurro depo at 58:10-21; Capurro Decl. at ¶ 40; **Exhibit A** at 00:28:04 |
| 45. Another passenger was seated a couple feet away. | 45. Garrett depo at 94:6-95:5; Capurro Decl. at ¶ 41; **Exhibit A** at 00:28:03-00:28:22 |
| 46. Officer Capurro struck and jabbed Detweiler at least ten times with his baton with "medium force" due to the narrow confines of the train. | 46. Capurro depo at 59:5-61:3; Capurro Decl. at ¶ 42; **Exhibit A** at 00:28:05-00:28:21 |
| 47. Detweiler remained standing within about a foot of Garrett and showed no obvious sign of injury. | 47. Capurro Decl. at ¶ 43; **Exhibit A** at 00:28:20-00:28:30 |
| 48. Officer Capurro ordered him to get on the ground three times. | 48. Capurro Decl. at ¶ 44; **Exhibit A** at 00:28:18-00:28:25 |

| DEFENDANTS' UNDISPUTED MATERIAL FACT: | DEFENDANTS' EVIDENCE: |
|---|---|
| 49. Detweiler did not get on the ground and instead told Officer Capurro that he wanted to get off the train and asked Officer Capurro to grab his things which were now behind Officer Capurro. | 49. Capurro Decl. at ¶ 45; **Exhibit A** at 00:28:20-00:28:28 |
| 50. Officer Capurro unholstered his handgun and pointed it at Detweiler. | 50. Capurro Decl. at ¶ 46; **Exhibit A** at 00:28:25-00:28:40 |
| 51. While holding Detweiler at gun-point, Officer Capurro gave him four more commands to get on the ground. | 51. Capurro Decl. at ¶ 47; **Exhibit A** at 00:28:26-00:28:40 |
| 52. Detweiler did not get on the ground. | 52. Capurro Decl. at ¶ 48; **Exhibit A** at 00:28:18-00:28:40 |
| 53. While at gun-point and being ordered to get on the ground, Detweiler put brass knuckles on his right hand. | 53. Capurro depo at 102:21-23; Capurro Decl. at ¶ 49; **Exhibit A** at 00:28:28-00:28:37; **Exhibit H** (Still frames from BWC video of Detweiler putting on brass knuckles); **Exhibit L** (Still frames from BWC video showing brass knuckles near Detweiler's body) |
| 54. Officer Capurro briefly removed his left hand from his handgun to operate his radio and radioed, "one at gunpoint." | 54. Capurro Decl. at ¶ 50; **Exhibit A** at 00:28:40-00:28:42 |
| 55. At that moment, Detweiler, who was approximately one foot away from Garrett, turned around "with a look of rage in his eyes" and swung a right-hand punch at Garrett's head ("he started swinging on me")." | 55. Garrett depo at 96:4-19; Capurro depo at 102:24-103:2; Capurro Decl. at ¶ 51; **Exhibit A** at 00:28:42-00:28:43; **Exhibit I** (Still frames from BWC video of Detweiler punching Garrett). |
| 56. Officer Capurro immediately fired four shots within approximately 1-2 seconds. | 56. Capurro Decl. at ¶ 52; **Exhibit A** at 00:28:43-00:28:45 |

| **DEFENDANTS' UNDISPUTED MATERIAL FACT:** | **DEFENDANTS' EVIDENCE:** |
|---|---|
| 57. According to Plaintiff's police practices expert, deadly force is appropriate on a subject who was going to punch someone in the head with brass knuckles ("if Capurro knew that he swung at him with brass knuckles on and he reasonably believed he was going to be punching him in the head with brass knuckles, then he could articulate there was an imminent threat of great bodily injury or death and the shooting would be reasonable"). | 57. DeFoe depo at 36:1-6. |
| 58. Detweiler and Garrett went to the ground and Detweiler had Garrett in a choke hold with his right arm around Garrett's neck. | 58. Capurro depo at 104:8-19; Capurro Decl. at ¶ 53; **Exhibit A** at 00:28:45-00:28:49; **Exhibit J** (Still frames from BWC video of Garrett in a choke hold) |
| 59. Officer Capurro fired two additional shots at Detweiler in approximately 1-2 seconds. | 59. Capurro Decl. at ¶ 54; **Exhibit A** at 00:28:48-00:28:49 |
| 60. Officer Capurro wiped blood from his face where he had been punched. | 60. Capurro Decl. at ¶ 55; **Exhibit A** at 00:29:18-00:29:21; **Exhibit K** (Still frame from BWC video of blood on Officer Capurro's hands) |
| 61. Officer Capurro radioed, "shots fired" and "I need medical." | 61. Capurro Decl. at ¶ 56; **Exhibit A** at 00:28:51-00:29:07 |
| 62. He put Detweiler in handcuffs, inspected his wounds, and then tended to Garrett who was also shot. | 62. Capurro Decl. at ¶ 57; **Exhibit A** at 00:29:27-00:31:48 |
| 63. First responders arrived and provided medical aid to Detweiler, who passed away. | 63. Capurro Decl. at ¶ 58; **Exhibit A** at 00:31:49 |

///

///

Dated: October 16, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*

By:__________________________________
DERICK KONZ
Attorneys for Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO