DERICK E. KONZ, SB No. 286902
dkonz@akk-law.com
WILLIAM J. BITTNER, SB No. 292056
wbittner@akk-law.com
ISABELLE P. CARMICHAEL, SB No. 367390
icarmichael@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA DETWEILER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MT. SHASTA, et al.,<br><br>Defendants. | Case No.: 2:24-CV-03100-WBS-SCR<br><br>**DECLARATION OF DERICK E. KONZ IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE: December 21, 2026**<br>**TIME: 1:30 P.M.**<br>**DEPT: 5, 14th Floor** |

I, DERICK E. KONZ, declare as follows:

1. I am an attorney-at-law duly licensed to practice before the courts in the State of California and in the United States District Court for the Eastern District of California. I am a Partner of the law firm of Angelo, Kilday & Kilduff, LLP, attorneys for Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO. I am familiar with the pleadings, motions, correspondence, related proceedings, and discovery exchanged in this case, and if asked, could competently testify to the following based on personal knowledge.

2. Submitted herewith as **Exhibit G** is a still frame taken from Officer Capurro's body-worn camera video, showing Detweiler grabbing the taser.

3. Submitted herewith as **Exhibit H** are still frames taken from Officer Capurro's body-worn camera video, showing Detweiler putting on the brass knuckles.

4. Submitted herewith as **Exhibit I** are still frames taken from Officer Capurro's body-worn camera video, showing Detweiler throwing a punch with brass knuckles at the head of Garrett.

5. Submitted herewith as **Exhibit J** are still frames taken from Officer Capurro's body-worn camera video, showing Garrett in a chokehold by Detweiler.

6. Submitted herewith as **Exhibit K** are still frames taken from Officer Capurro's body-worn camera video, showing blood on Officer Capurro's hands from wiping his face after getting punched by Detweiler.

7. Submitted herewith as **Exhibit L** are still frames taken from Officer Capurro's body-worn camera video, showing the brass knuckles near Detweiler's body after the shooting.

8. Submitted herewith as **Exhibit M** are true and correct excepts from Officer Capurro's deposition transcript.

9. Submitted herewith as **Exhibit N** are true and correct excepts from Bruce Garrett's deposition transcript.

10. Submitted herewith as **Exhibit O** are true and correct excepts from Scott DeFoe's deposition transcript.

I declare under penalty of perjury and the laws of the State of California and the United

States of America that the foregoing is true and correct.

Executed this 16th day of October, 2026, at Sacramento, California.

*/s/ Derick E. Konz*

DERICK E. KONZ