DERICK E. KONZ, SB No. 286902
dkonz@akk-law.com
WILLIAM J. BITTNER, SB No. 292056
wbittner@akk-law.com
ISABELLE P. CARMICHAEL, SB No. 367390
icarmichael@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA DETWEILER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MT. SHASTA, et al.,<br><br>Defendants. | Case No.: 2:24-CV-03100-WBS-SCR<br><br>**DECLARATION OF JEREMIAH CAPURRO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE: December 21, 2026**<br>**TIME: 1:30 P.M.**<br>**DEPT: 5, 14th Floor** |

I, JEREMIAH CAPURRO, declare as follows:

1. I was working as a sworn police officer for the City of Mt. Shasta ("City") on the night of December 24, 2023.

2. I was in full uniform.

3. I was the only patrol office on-duty in the City during this shift.

4. At approximately midnight, I was in the police department dispatch center and was advised of the following by the dispatcher: (1) Amtrak train staff had just called and reported that a passenger was threatening people with brass knuckles on the train; (2) the train was would be making a stop in the City to have the passenger removed and requested that Mt. Shasta Police Department remove him; and (3) the passenger had a history of assaulting police officers.

5. Possession of brass knuckles in California is illegal.

6. I left the dispatch center and parked my patrol car at the location where the train was expected to stop (Lake Street where it intersects the train tracks).

7. As I waited for the train, I contacted a Siskiyou County Sheriff's Deputy to request that they assist and asked for their location.

8. I estimated that assistance was at least five minutes away.

9. While I was on the phone, I heard the train in the distance and very shortly after, it arrived.

10. The train stopped, blocking Lake Street, a door opened, and an Amtrak employee met me at the door.

11. The employee showed me onto the train and walked me to the passenger that they wanted removed ("Detweiler").

12. Detweiler was sitting in a seat in an upstairs car.

13. The aisle was approximately 2-3 feet wide and the lighting was dim.

14. I intended to detain Detweiler, escort him off the train, and then investigate the possibility of arrest for possession of brass knuckles.

15. Detweiler appeared to be either sleeping or pretending to be asleep.

16. Detweiler had a plastic bag filled with unknown objects in the seat next to him.

17. Detweiler had on black gloves and a hood pulled over his head partially obscuring his face.

18. I shined a flashlight on him, said, "hey bud," tapped him on the shoulder, pulled his hood back, and said, "hey, how's it going?"

19. Detweiler appeared startled and immediately stood up.

20. I said, "hey, police department."

21. Detweiler responded, "is this the stop?"

22. I responded, "yeah this is the stop, you're coming off" and told him "keep your hands up" four times.

23. I pointed my taser at Detweiler's midsection.

24. Detweiler did not keep both hands up.

25. I told Detweiler two times, "turn around," intending to handcuff him and remove him from the train..

26. Detweiler did not turn around.

27. Detweiler grabbed the plastic bag that was on his seat.

28. I told him six times, "don't touch anything."

29. Detweiler did not put the bag down.

30. I attempted to take the bag from him but Detweiler pulled it away.

31. Detweiler, still holding the bag, moved into the aisle away from me and in the direction of the Amtrak train conductor ("Garrett") who was approximately ten feet away.

32. I attempted to tase Detweiler.

33. Detweiler grabbed the taser and we struggled over it.

34. I was able to point it at the ceiling and discharge it in an attempt to prevent it from being used.

35. Garrett grabbed Detweiler from behind.

36. I was able to create a couple feet of distance from Detweiler and discharged my taser at him.

37. I attempted to go hands-on with Detweiler and Detweiler punched me at least twice in the face.

38. I felt dazed and thought I was on the verge of blacking out.

39. After the incident, I went to the hospital emergency room and was told that I suffered a concussion.

40. I transitioned to my baton.

41. Another passenger was seated a couple feet away.

42. I struck and jabbed Detweiler with my baton with "medium force" due to the narrow confines of the train.

43. Detweiler remained standing within about a foot of Garrett and showed no obvious sign of injury.

44. I ordered him to get on the ground three times.

45. Detweiler did not get on the ground and instead told me that he wanted to get off the train and asked me to grab his things which were now behind me.

46. I unholstered my handgun and pointed it at Detweiler.

47. While holding Detweiler at gun-point, I gave him four more commands to get on the ground.

48. Detweiler did not get on the ground.

49. While at gun-point and being ordered to get on the ground, Detweiler put brass knuckles on his right hand.

50. I briefly removed my left hand from my handgun to operate my radio and radioed, "one at gunpoint."

51. At that moment, Detweiler, who was approximately one foot away from Garrett, turned around and swung a right-hand punch at Garrett's head.

52. I immediately fired four shots within approximately 1-2 seconds.

53. Detweiler and Garrett went to the ground and Detweiler had Garrett in a choke hold with his right arm around Garrett's neck.

54. I fired two additional shots at Detweiler.

55. I wiped blood from my face where I had been punched.

56. I immediately radioed, "shots fired" and "I need medical."

57. I put Detweiler in handcuffs, inspected his wounds, and then tended to Garrett who was also shot.

58. First responders arrived and provided medical aid to Detweiler, who passed away.

59. Submitted herewith as **Exhibit A** is a true, correct, and unedited copy of my body-worn camera video from the night of this incident.

60. Submitted herewith as **Exhibit D** are true, correct, and unedited photos of me that were taken on the night of the incident.

61. Submitted herewith as **Exhibit E** are true, correct, and unedited photos showing my taser deployment into the ceiling of the train car.

62. Submitted herewith as **Exhibit F** are true, correct, and unedited photos of the brass knuckles that Detweiler possessed and put on during the incident.

I declare under penalty of perjury and the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 13 day of October, 2026, at Yreka, California.

Jeremiah Capurro (Oct 13, 2026 13:53:38 PDT)

JEREMIAH CAPURRO