DERICK E. KONZ, SB No. 286902
dkonz@akk-law.com
WILLIAM J. BITTNER, SB No. 292056
wbittner@akk-law.com
ISABELLE P. CARMICHAEL, SB No. 367390
icarmichael@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA DETWEILER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MT. SHASTA, et al.,<br><br>Defendants. | Case No.: 2:24-CV-03100-WBS-SCR<br><br>**DECLARATION OF AMBER ORREY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>**DATE:** **December 21, 2026**<br>**TIME:** **1:30 P.M.**<br>**DEPT:** **5, 14th Floor** |

I, AMBER ORREY, declare as follows:

1. I am the custodian of records for the City of Mt. Shasta Police Department.

2. Submitted herewith as **Exhibit A** is a true, correct, and unedited copy of Officer Capurro's body-worn camera video from the night of this incident.

3. Submitted herewith as **Exhibit B** is a true, correct, and unedited copy of the dispatch audio from the call I received from Amtrak employee Garrett.

4. Submitted herewith as **Exhibit C** is a true, correct, and unedited copy of the dispatch audio from second call I received from Amtrak.

5. Submitted herewith as **Exhibit D** are true, correct, and unedited photos of Officer Capurro that were taken on the night of the incident.

6. Submitted herewith as **Exhibit E** is a true, correct, and unedited photos of inside the train car taken on the night of the incident.

7. Submitted herewith as **Exhibit F** are true, correct, and unedited photos of the brass knuckles.

I declare under penalty of perjury and the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 8 day of October, 2026, at Mount Shasta, California.

/s/ **

AMBER ORREY