DERICK E. KONZ, SB No. 286902
dkonz@akk-law.com
WILLIAM J. BITTNER, SB No. 292056
wbittner@akk-law.com
ISABELLE P. CARMICHAEL, SB No. 367390
icarmichael@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA 95825
Telephone: (916) 564-6100
Telecopier: (916) 564-6263

Attorneys for Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIA DETWEILER,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MT. SHASTA, et al.,<br><br>Defendants. | Case No.: 2:24-CV-03100-WBS-SCR<br><br>**NOTICE OF LODGING VIDEO AND AUDIO FILES IN SUPPORT OF DEFENDANTS CITY OF MT. SHASTA AND JEREMIAH CAPURRO'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>**DATE: December 21, 2026**<br>**TIME: 1:30 P.M.**<br>**DEPT: 5, 14th Floor** |

PLEASE TAKE NOTICE that Defendants CITY OF MT. SHASTA and JEREMIAH CAPURRO (hereinafter "Defendants") have lodged with the Clerk of the Court, in support of their Motion for Summary Judgment, or the Alternative, Summary Adjudication, video and audio files described as **EXHIBITS A, B, and C**. These exhibits were placed on a flash drive and delivered to the Court. These exhibits are authenticated by the Declarations of Jeremiah Capurro and Amber Orrey in Support of Defendants' Motion for Summary Judgment filed herewith.

The digital files lodged with the Clerk of the Court contains the following files:

1) **Exhibit A**: Officer Capurro's Body Worn Camera;

3) **Exhibit B**: Copy of the dispatch audio;

4) **Exhibit C**: Copy of the dispatch audio.

Dated: October 16, 2026

ANGELO, KILDAY & KILDUFF, LLP

*/s/ Derick E. Konz*
By:________________________________
DERICK KONZ
Attorneys for Defendants
CITY OF MT. SHASTA and JEREMIAH CAPURRO