Michael E. Murphy, Esq. (Bar #174408)
Selim Mounedji, Esq. (Bar #173347)
SIMS LAW FIRM, LLP
101 Pacifica, Suite 210
Irvine, California 92618
(949) 253-7900
(949) 253-7930 - FAX

Attorneys for Defendants NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK and BRUCE GARRETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-03100-WBS-SCR<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION SERVICE MARK AMTRAK AND BRUCE GARRETT**<br><br>Date: November 23, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br><br>Complaint Filed: November 7, 2024<br>Trial Date: March 9, 2027 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKEN NOTICE that November 23, 2026, at 1:30 p.m., or as soon thereafter as counsel may be heard in Courtroom 5 of the above-entitled court, located at 501 I Street Sacramento, CA 95814, Defendants NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK ("AMTRAK"), and BRUCE GARRETT ("GARRETT") will and hereby do move this Court pursuant to Federal Rule of Civil Procedure 56 and Local Rule 260 for an order granting summary judgment or partial summary judgment in favor of AMTRAK and GARRETT

and against JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased.

AMTRAK and GARRETT are entitled to summary judgment in their favor because no genuine dispute as to any material fact exists and AMTRAK and GARRETT are entitled to judgment as a matter of law on all the following issues, causes of action, and prayer for relief, for the following reasons:

(1) Plaintiff's negligence claim fails because the undisputed facts show that Garrett and Amtrak did not breach any duty owed to Decedent or Plaintiff. Passengers reported that Decedent had brandished brass knuckles, and Garrett personally observed Decedent display them. Those contemporaneous facts justified Garrett's request that law enforcement remove Decedent from the train. The undisputed material facts, including the BWC video and Plaintiff's expert testimony, establish that Garrett acted reasonably under the circumstances. Plaintiff's expert, Scott Defoe, identifies no fault by Garrett or Amtrak.

(2) Plaintiff's battery claim fails because the undisputed facts establish that Garrett acted lawfully and was privileged to defend himself and others, including Officer Capurro, who was attempting to make a lawful arrest, and the passengers Garrett reasonably sought to protect. Garrett acted in defense of himself and others and did not intend to harm Decedent. The undisputed material facts establish that Decedent attacked Garrett; Garrett was not the aggressor.

(3) Federal law preempts Plaintiff's negligent-training claim because Garrett held federal conductor certification. In any event, no evidence connects Garrett's training to Decedent's injuries. To the contrary, Garrett followed his training by twice deescalating Decedent and calling local authorities to remove him safely.

(4) Plaintiff's claim that Amtrak violated the Americans with Disabilities Act ("ADA") fails as a matter of law. Amtrak and Garrett never denied Decedent equal access because of his alleged mental health disabilities. The undisputed evidence shows that Amtrak and Garrett sought Decedent's removal because he brandished a deadly weapon while threatening passengers and employees, not because of any disability.

///

(5) There is no evidence to support a punitive damage claim against Garrett.

If for any reasons this Court cannot grant summary judgment, AMTRAK and GARRETT request partial summary judgment of each of the issues, claims, causes of action, and prayer for damages stated above for the reasons set forth in the points and authorities and statement of uncontroverted facts filed concurrently with this Notice.

This motion is based on this notice, the memorandum of points and authorities, the statement of uncontroverted facts, the Declaration of Bruce Garrett, the Declaration of Mattison, and the Declaration of Michael E. Murphy, with Exhibits, the papers, records, and files in this action, all of which are being filed and served concurrently with this Notice, as well as all other oral and documentary evidence and argument that may be presented at or before the hearing of this motion.

DATED: October 16, 2026 SIMS LAW FIRM, LLP

/s/ *Selim Mounedji*

By ______________________________

Selim Mounedji
Attorneys for Defendant BRUCE GARRETT and NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK