Michael E. Murphy, Esq. (Bar #174408)
Selim Mounedji, Esq. (Bar #173347)
SIMS LAW FIRM, LLP
101 Pacifica, Suite 210
Irvine, California 92618
(949) 253-7900
(949) 253-7930 - FAX

Attorneys for Defendants NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK and BRUCE GARRETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-03100-WBS-SCR<br><br>**DECLARATION OF FRED MATTISON IN SUPPORT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION SERVICE MARK AMTRAK AND BRUCE GARRETT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>Date: November 23, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br><br>Complaint Filed: November 7, 2024<br>Trial Date: March 9, 2027 |

I, Fred Mattison, declare as follows:

1. I am over 21 years of age and a resident of the State of New Jersey. I have knowledge of the facts set forth below based on my personal knowledge and experience, and if called to testify to them, I could and would testify to their truth and accuracy.

2. I Studied Engineering and Physics at Moravian University and earned a certificate of completion for Emergency Management training from Texas A&M University.

3. I began my railroad career in June 1999 when I was hired as a Brakeman for Conrail then became a Locomotive Engineer. In 2001, I left for NJ Transit where I was a Locomotive

Engineer and rose through the ranks as Road Foreman, System Equipment Manager, System Train and Engine Compliance Officer, and Senior Director of PTC. In 2019 I left for Amtrak. At Amtrak, I was hired as System Road Foreman in Wilmington, DE. As System Road Foreman I am responsible for oversight and accountability of Locomotive Engineers and Conductors, including ensuring certification requirement were met. I am responsible for the continuous development of Air Brake and Train Handling policies, procedures, and effective implementation of them. One of my responsibilities is to ensure that Amtrak's written program for the certification and recertification of Conductors complies with the Federal Railroad Administration's (FRA) regulations governing the qualification and certification of Conductors set forth in 49 CFR Part 242. Through my day-to-day responsibilities, I gained experience, knowledge, and a thorough understanding of the specific requirements for the certification and recertification of Locomotive Engineers and Conductors and the FRA's approval of Amtrak's past and present written programs. In September 2019, Amtrak designated me as one of the officers responsible for matters concerning the implementation and administration of 49 CFR Part 242 "Qualification and Certification of Conductors."

4. Pursuant to 49 CFR 242.1 et seq., Amtrak must submit to the FRA Amtrak's written program for the certification and recertification of Conductors, and a description of how the program conforms to the specific requirements of Part 242. Amtrak's program for the certification and recertification of Conductors is considered approved by the FRA unless the FRA notifies the railroad in writing that the program does not conform to the criteria set forth in 49 CFR Part 242.

5. Amtrak developed a program for determining the qualifications of each person that it permits or requires to work as a conductor on its trains. Amtrak's conductor certification program, in effect on February 19, 2016, included a detailed program developed by Amtrak for the training, testing and evaluation of Conductors, was submitted to the FRA on or about January 1, 2016. The plan includes classroom, filed training, and on-hand training. It includes training in safety rules and emergency preparedness. Under the program, Amtrak crew members working its trains including Conductors, are instructed and trained as to when a passenger may be restrained or removed from a train. Amtrak's program was made at or near the time it is submitted to the FRA

for approval and prepared by my predecessor(s) assigned the duty to prepare Amtrak's program. Amtrak's program is kept in the regular course of business. I am a custodian of Amtrak's program, and I am familiar with how it was and is prepared. Records pertaining to Amtrak's program as well as the program itself have always been trustworthy in my experience. In fact, the FRA requires and relies on them. Amtrak's trustworthy business records show that Conductor Bruce Garrett was certified at the time of the alleged incident of December 25, 2023, in accordance with this program. Specifically, he had been first certified on September 20, 2019, and re-certified on September 16, 2022. His certification is still current. His certification was last renewed in 2025.

6. The program requires annual monitoring and testing of the operational performance of Amtrak's Conductors. Each calendar year, each conductor also receives unannounced operating rules compliance tests. Amtrak's conductor certification and training program was organized according to, and contained all the information required by 49 CFR Part 242.

7. The FRA did not notify Amtrak that its program did not conform with any of the criteria set forth in 49 CFR Part 242 including the requirement that passenger Conductors complete the emergency training identified in 49 CFR Part 239. Accordingly, the program is deemed approved by the FRA pursuant to 49 CFR Subpart 242.103(g). Although the FRA does have the authority and discretion to notify a railroad when it determines there are problems with the railroad's training program, I reviewed Amtrak's records pertaining to its program effective on February 19, 2016. The FRA did not take any exception to Amtrak's submission.

8. The express purpose of 49 CFR Part 242 is "to ensure that only those persons who meet minimum Federal safety standards serve as Conductors, to reduce the rate and number of accidents and incidents and to improve railroad safety." (49 CFR Subpart 242.1.) Pursuant to Subpart 242.1, Amtrak's certification program met the Federal safety requirements for the eligibility, training, testing, certification, and monitoring of all Conductors including Chris Victorino.

9. Issuance of Amtrak's Conductor Certification is contingent upon determining that each applicant:

i. Has a prior safety conduct record that meets eligibility requirements;

ii. Has been tested no more than 450 days prior to the certification decision to ensure that vision and hearing acuity standards are met;

iii. Has met required standards for knowledge as determined by a written examination, administered no more than 366 days prior to the date of the certification decision, covering personal safety practices, operating practices, equipment inspection, physical characteristics, and federal safety rules;

iv. Maintains and possess the necessary knowledge of personal safety practices, railroad operating practices, equipment inspection, and compliance with federal safety rules, through continuing education of certified Conductors and initial training of previously untrained persons.

10. Based on the foregoing and my review of Mr. Garrett's certification/ recertification records, Mr. Garett met all regulatory requirements and was a certified conductor on December 25, 2023

I declare under penalty of perjury pursuant to the laws of the State of California that the foregoing is true and correct.

Executed at Wilmington, Delaware, on October 14, 2026.

Fred Mattison