Michael E. Murphy, Esq. (Bar #174408)
Selim Mounedji, Esq. (Bar #173347)
SIMS LAW FIRM, LLP
101 Pacifica, Suite 210
Irvine, California 92618
(949) 253-7900
(949) 253-7930 - FAX

Attorneys for Defendants NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK and BRUCE GARRETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-03100-WBS-SCR<br><br>**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION SERVICE MARK AMTRAK'S NOTICE OF LODGING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**<br><br>Date: November 23, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br><br>Complaint Filed: November 7, 2024<br>Trial Date: March 9, 2027 |

Defendant National Railroad Passenger Corporation service mark Amtrak hereby lodges a thumb drive with Mt. Shasta Police Officer Jeremiah Capurro's Body Worn Camera Video of the December 25, 2023 incident (Exhibit A to the Declaration of Michael E. Murphy), in support of its Motion for Summary Judgement.

DATED: October 16, 2026

SIMS LAW FIRM, LLP

/s/ *Michael Murphy*

By ______________________________
Michael Murphy
Attorneys for Defendant NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK and BRUCE GARRETT