Michael E. Murphy, Esq. (Bar #174408)
Selim Mounedji, Esq. (Bar #173347)
SIMS LAW FIRM, LLP
101 Pacifica, Suite 210
Irvine, California 92618
(949) 253-7900
(949) 253-7930 - FAX

Attorneys for Defendants NATIONAL RAILROAD PASSENGER CORPORATION service mark AMTRAK and BRUCE GARRETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-03100-WBS-SCR<br><br>**PROOF OF SERVICE OF NOTICE OF MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION SERVICE MARK AMTRAK AND BRUCE GARRETT; AND SUPPORTING DOCUMENTS**<br><br>Date: November 23, 2026<br>Time: 1:30 p.m.<br>Courtroom: 5, 14th Floor<br><br>Complaint Filed: November 7, 2024<br>Trial Date: March 9, 2027 |

**PROOF OF SERVICE**
**USDC Case No. 2:24-cv-03100-WBS-SCR**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 101 Pacifica, Suite 210, Irvine, CA 92618.

On October 16, 2026, I served the foregoing documents on the interested parties in this action:

**NOTICE OF MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION SERVICE MARK AMTRAK AND BRUCE GARRETT**

**DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION SERVICE MARK AMTRAK AND BRUCE GARRETT'S POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**

**STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF DEFENDANTS NATIONAL RAILROAD PASSENGER CORPORATION'S AND BRUCE GARRETT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF FRED MATTISON IN SUPPORT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION SERVICE MARK AMTRAK AND BRUCE GARRETT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF BRUCE GARRETT IN SUPPORT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION SERVICE MARK AMTRAK AND BRUCE GARRETT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**

**DECLARATION OF MICHAEL E. MURPHY IN SUPPORT OF DEFENDANT NATIONAL RAILROAD PASSENGER CORPORATION SERVICE MARK AMTRAK AND BRUCE GARRETT'S MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT**

**NOTICE OF LODGING**

[X] by placing the true copies thereof enclosed in sealed envelopes addressed as listed below:

**<u>See Attached Service List</u>**

[ X ] **BY E-SERVICE:** The undersigned hereby certifies that a true and correct copy of the forgoing document was filed with the Court and served electronically through pursuant to the United States District Court CM/ECF rules to all counsel of record to those registered to receive a Notice of Electronic Filing for this case on October 16, 2026.

[X] **(Federal):** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed October 16, 2026, at Irvine, California.

/s/ *Jodie A. Mortimore*

Jodie A. Mortimore

SERVICE LIST
*Detweiler v. NRPC, et al*

Dale K. Galipo, Esq.
Benjamin S. Levine, Esq.
LAW OFFICES OF DALE K. GALIPO
21800 Burbank Blvd., Suite 310
Woodland Hills, CA 91367
(818) 347-3333
(818) 347-4118 - Facsimile
dalekgalipo@yahoo.com
blevine@galipolaw.com
slaurel@galipolaw.com
Attorneys for Plaintiff JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased

Derick E. Konz, Esq.
William J. Bittner, Esq.
ANGELO, KILDAY & KILDUFF, LLP
601 University Avenue, Suite 150
Sacramento, CA 95825
(916) 564-6100
(916) 564-6263 - Facsimile
dkonz@akk-law.com
wbittner@akk-law.com
mgrace@akk-law.com
skelly@akk-law.com
rkhan@akk-law.com
Attorneys for Defendant CITY OF MT. SHASTA AND JEREMIAH CAPURRO

Stephanie L. Quinn, Esq.
Collin S. McCarthy, Esq.
QUINN COVARRUBIAS
2220 Douglas Boulevard, Suite 240
Roseville, CA 95661
(916) 400-2300
(916) 400-2311 - Facsimile
squinn@quinncova.com
cmccarthy@quinncova.com
mdavis@quinncova.com
msiergieieva@quinncova.com
eservice@quinncova.com
Attorneys for Defendant BRUCE GARRETT