**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Benjamin S. Levine (SBN 342060)
blevine@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Tel: (818) 347-3333
Fax: (818) 347-4118
*Attorneys for Plaintiff Julia Detweiler*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JULIA DETWEILER, individually and as successor-in-interest to Nicholas Detweiler, deceased,

Plaintiff,

v.

CITY OF MOUNT SHASTA; JEREMIAH CAPURRO; NATIONAL RAILROAD PASSENGER CORPORATION; BRUCE GARRETT; and DOES 1 through 10, inclusive,

Defendants.

Case No. 2:24-cv-03100-WBS-SCR

*Hon. William B. Shubb*

**DECLARATION OF BENJAMIN S. LEVINE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION**

# DECLARATION OF BENJAMIN S. LEVINE

I, Benjamin S. Levine, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and the Eastern District of California. I make this declaration in support of Plaintiff's Consolidated Opposition to Defendants City of Mount Shasta and Jeremiah Capurro's Motion for Summary Judgment or Summary Adjudication [Dkt. 31] and to Defendants National Railroad Passenger corporation and Bruce Garrett's Motion for Summary Judgment or Partial Summary Judgment [Dkt. 32]. I have personal knowledge of the facts contained herein and could testify competently thereto if called.

2. Attached hereto as "**Exhibit A**" is a true and correct copy of the relevant portions of the transcript of the March 27, 2026, Deposition of Jeremiah Capurro, which was taken via Zoom before a certified court reporter.

3. Attached hereto as "**Exhibit B**" is a true and correct copy of the relevant portions of the transcript of the December 17, 2025, Deposition of Bruce Garrett, which was taken via Zoom before a certified court reporter.

4. Attached hereto as "**Exhibit C**" is a true and correct copy of the relevant portions of the transcript of the July 16, 2026, Deposition of David Blake, which was taken via Zoom before a certified court reporter.

5. Attached hereto as "**Exhibit D**" is a true and correct copy of the relevant portions of the transcript of the August 19, 2026, Deposition of Scott DeFoe, which was taken via Zoom before a certified court reporter.

6. Attached hereto as "**Exhibit E**" is a true and correct copy of the relevant portions of Plaintiff Julia Detweiler's Supplemental Responses to Defendant National Railroad Passenger Corporation's Interrogatories, Set One, served on July 10, 2026.

7. Attached hereto as "**Exhibit F**" is a true and correct copy of the relevant portions of Nicholas Detweiler's medical records from Sonoma County, which were served by Plaintiff in discovery on June 18, 2026.

8. Attached hereto as "**Exhibit G**" is a true and correct copy of the relevant portions of Nicholas Detweiler's medical records from Sonoma County, which were served by Plaintiff in discovery on June 18, 2026.

9. No audio recording of the Mt. Shasta Police Department dispatcher relaying the details from Bruce Garrett's call for service to Jeremiah Capurro was produced in discovery in this action.

I declare under penalty of perjury of the laws of the United States of America, that the foregoing is true and correct. Executed on October 30, 2026, at Woodland Hills, California.

*/s/ Benjamin S. Levine*

Benjamin S. Levine