# EXHIBIT F

# NICOLAS DETWEILER

## #10239300

[redacted] Mental Health-Special Needs, Chronic Care

Sex: Male
DOB: 12/04/1991 (Age 34)
Height: 6ft 1in
Weight: 179 lbs
BMI: 23.6
[redacted]
Agency: SCY
Location: [OUT]
D Number: 229545
Allergies:
Barley/Haldol decanoate (dystonia)/Ativan (unknown rxn)/Zyprexa (akathisia)/abilify (akathisia) Peanut butter

Reports
Full Patient History

# Full Patient History

Name: DETWEILER, NICOLAS

DOB: 12-04-1991

Sex: Male

[redacted]

Location: [OUT]

Allergies: Barley/Haldol decanoate (dystonia)/Ativan (unknown rxn)/Zyprexa (akathisia)/abilify (akathisia) Peanut butter

Print Documents

CONFIDENTIAL

## Intake Screening Forms

| Booking Number | Form Name | Form Item | Item Response | Interviewer | Interview Date |
|---|---|---|---|---|---|
| 10201112 | Retired - Medical Intake Triage/Receiving Screening - CMG | Translation Required? If Yes is marked, an alert will automatically generate for Interpreter Needed | No | Dobbins, Sheryl | 08-21-2019 12:39 am |
| 10201112 | Retired - Medical Intake Triage/Receiving Screening - CMG | Allergies: | nkda | Dobbins, Sheryl | 08-21-2019 12:39 am |
| 10201112 | Retired - Medical Intake Triage/Receiving Screening - CMG | Previous incarceration? (If yes, when and where) | Yes | Dobbins, Sheryl | 08-21-2019 12:39 am |
| 10201112 | Retired - Medical Intake Triage/Receiving Screening - CMG | Health Insurance? | Yes (medi cal medi care) | Dobbins, Sheryl | 08-21-2019 12:39 am |
| 10201112 | Retired - Medical Intake Triage/Receiving Screening - CMG | Work Related Injuries? | No | Dobbins, Sheryl | 08-21-2019 12:39 am |
| 10201112 | Retired - Medical Intake Triage/Receiving Screening - CMG | *Starred items below are considered high risk findings and require further evaluation. *Pulse of 110 or greater; *Systolic BP of 180 or greater *Diastolic BP of 110 or greater *Temp of 100.0 or greater *SP02 of less than 90 *Respirations of less than 12/min or greater than 24/min | *[blank]* | Dobbins, Sheryl | 08-21-2019 12:42 am |
| 10201112 | Retired - Medical Intake Triage/Receiving Screening - CMG | (NOTE: INCLUDE CURRENT SYMPTOMS; ANY E.D. VISIT, ACUTE INFECTION, OR TRAUMA IN PAST WEEK) | denies | Dobbins, Sheryl | 08-21-2019 12:39 am |

PLT 000832

| | | | | | |
|---|---|---|---|---|---|
| 10201112 | Mental Health Special Needs Progress Note | Thought Form: | Loose Assoc. | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | Thought Content: | Delusional | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | Orientation: | Person | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | Orientation: | Place | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | Orientation: | Time | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | Orientation: | Situation | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | Intelligence: | Average | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | Memory: | Intact | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | Insight: | Poor | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | Judgement: | Fair | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | Behavior: | Appropriate | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | (Please check all that apply): | Continue Special Needs Visits. Follow Up in _____ Days (weekly check-ins Inmates release date is 1/16/2020) | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Special Needs Progress Note | QMHP Signature/Title: | Jo Benwell, LMFT:::07/30/2020 1155 | Benwell, Jo | 07-30-2020 11:55 am |
| 10201112 | Mental Health Initial Special Needs Evaluation | Allergies: | Barley/Haldol decanoate (dystonia)/Ativan (unknown rxn)/Zyprexa (akathisia)/abilify (akathisia) | Karns, Emerald | 01-18-2021 10:15 am |
| 10201112 | Mental Health Initial Special Needs Evaluation | Gender: | Male | Karns, Emerald | 01-18-2021 10:15 am |
| 10201112 | Mental Health Initial Special Needs Evaluation | What is the patient's Special Mental Health Need? | Diagnosed with severe mental illness (including Schizophrenia, Schizoaffective Disorder, Bipolar Disorder, moderate to severe Major Depression, and Post Traumatic stress Disorder) | Karns, Emerald | 01-18-2021 10:15 am |
| 10201112 | Mental Health Initial Special Needs Evaluation | What is the patient's baseline mental state? | I/M historically has presented with delusional and psychotic thought processes. Hx of non-compliance with rxs leading to numerous instances of his competency being questioned. Hx of court ordered rxs. | Karns, Emerald | 01-18-2021 10:15 am |

CONFIDENTIAL

PLT 000864