# EXHIBIT G

# AUTOPSY REPORT

**1-23-1888** **Nicholas Detweiler**

[redacted]

Age: 32 years

Date of Death: 12/25/2023

Date of Examination: 12/27/2023

**Autopsy performed at:** Girdner Funeral Chapel
202 S Oregon Street
Yreka, California 96097

**Autopsy performed by:** Catherine M. Nicka, M.D.

An examination of the remains of Nicholas Detweiler is conducted by Catherine M. Nicka, M.D. at the Girdner Funeral Chapel in Yreka, California on 12/27/2023, commencing at 09:00 AM and concluding at 12:25 PM. In attendance are Summer Bailey (Forensic Technician), Heather Nelsen (Special Agent, Department of Justice), Kari Killian (Criminalist, Department of Justice), Yves Pike (Chief Investigator, District Attorney's Office), and Sgt Walter Moore (Mt. Shasta Police Department).

Identification of the body is by the decedent's name written on the body bag. Digital images are obtained at autopsy for the purposes of identification and documentation. The body is examined prior to washing and removal of clothing and medical devices.

The decedent is received in a body bag. The body bag is sealed with a blue plastic lock #2766054. The decedent is clad in a maroon hooded sweatshirt, gray t-shirt, blue jeans with a black belt, black shorts, a black sock on the right foot, one brown boot on left foot, and a black glove on the left hand. The sweatshirt and t-shirt have been cut for resuscitation efforts. The decedent is lying on a white blanket and black carryall. Jewelry consists of black metal earring in the left ear. Keys are present in the left front jean pocket consisting of a keychain and 2 keys. The right front blue jeans pocket contains a blue lighter. Orange ear plugs are present in the bilateral ears.

Clothing, personal effects, and fingernail clippings are retained as evidence by the Department of Justice.

## ***EXTERNAL EXAMINATION***

The body is that of a well-developed, well-nourished adult male whose appearance is consistent with stated age of 32 years. According to documentation, the body measures 6 feet in length and weighs 210 pounds. Rigor mortis is complete and symmetrical, minimal livor mortis is posterior and fixed, and the body is cold to the touch following refrigeration at this facility. There is mild skin discoloration of the lower abdomen.

Scalp hair is brown and short in length. Irises are brown, corneas are moist and clear, and the conjunctivae are unremarkable without petechiae. Ears, nose, and lips are unremarkable. Irregularly absent natural teeth in adequate condition are present in the maxilla and mandible. Lingual surfaces of the lips show no injuries. Brown facial stubble in the pattern of a beard and mustache is present. The neck is unremarkable.

The chest is symmetrical. (See Evidence of Injury Section). The abdomen is soft and flat with no palpable organomegaly. External genitalia are those of a normally developed adult male.

Extremities are well developed. The buttocks are unremarkable.

***SCARS:*** Visible on chest, back, right hand, left forearm, left hand, left lower leg, neck, right knee, and left knee.

***TATTOOS:*** Visible on left forearm and left wrist.

***EVIDENCE OF MEDICAL INTERVENTION:***

There are defibrillator pads (2) on the right upper chest and left lower chest. There are occlusive dressings on the left upper chest, mid abdomen, right lower abdomen, and left lower abdomen. A laryngeal mask airway is present in the oropharynx and a squeeze bag is present in the body bag.

***EVIDENCE OF INJURY (EXTERNAL AND INTERNAL):***

***HEAD AND NECK:***

There is a 1 cm superficial abrasion on the left forehead, and a 0.2 cm punctate abrasion on the left lower neck.

***TRUNK:***

There are 8 round to oval, erythematous areas measuring up to 1 cm on the abdomen. One lesion contains a punctate abrasion.

<u>GUNSHOT WOUNDS</u>

The wounds are arbitrarily assigned letter designations for descriptive purposes which do not indicate the order or severity of the wound. Measurements are from the center of the wound unless otherwise noted.

<u>GUNSHOT WOUND OF LEFT SUPERIOR SHOULDER (A)</u>

<u>ENTRANCE</u>: On the left superior shoulder, 24 cm below the top of the head and 15 cm left of the anterior midline, is an entrance gunshot wound consisting of a 0.9 x 0.7 cm round defect with a 0.1 cm wide circumferential pink marginal abrasion. Soot, unburned gunpowder particles, and gunpowder stippling are not visible on the skin surrounding the wound.

<u>PATH</u>: The hemorrhagic wound track sequentially perforates the skin and soft tissue of the left superior shoulder, posterior left second rib, left upper lobe of lung, left lower lobe of lung,

pericardial sac, posterior left ventricle of the heart, diaphragm, and penetrates the abdominal cavity. See note below.

ASSOCIATED INJURIES: Left lung lacerations, left hemothorax (1500 mL), pericardial and cardiac lacerations, and posterior left 2nd rib fracture.

TRAJECTORY: The wound track travels downward.

CLOTHING: On the left superior shoulder area of the gray t-shirt and corresponding to the entrance gunshot wound is a 0.7 x 0.5 cm defect with frayed edges, and on the left posterior hood of the hooded sweatshirt and corresponding to the entrance gunshot wound is a 1.5 x 0.6 cm defect with frayed edges. Definitive soot or unburned gunpowder particles are not visible on the fabric surrounding the defect.

GUNSHOT WOUND OF LEFT ANTERIOR HIP (D)

ENTRANCE: On the left anterior hip, 83 cm below the top of the head and 16 cm left of the anterior midline, is an entrance gunshot wound consisting of a 1.1 x 1.0 cm round defect with a 0.1-0.5 cm wide circumferential pink marginal abrasion which is widest at the 3 o'clock position. The defect is surrounded by a 17.5 cm purple contusion. Focal dark material is present in the wound. Gunpowder stippling is not visible on the skin surrounding the wound.

PATH: The hemorrhagic wound track sequentially perforates the skin and soft tissue of the left hip, left pelvic bone, and penetrates the abdominal cavity. See note below.

ASSOCIATED INJURIES: Left pelvic bone fracture.

TRAJECTORY: The wound track travels from the decedent's left to right.

CLOTHING: On the left lower area of the hooded sweatshirt are 4 defects with frayed edges measuring up to 0.7 x 0.7 cm. These defects correspond to the entrance wounds D and E. In addition, there are 5 defects with frayed edges in the left lower anterior and lateral gray t-shirt measuring up to 1.0 x 1.0 cm. These defects correspond to the entrance wounds D, E, and F. On the left anterior portion of the superior edge of the waistband of the shorts is a 0.6 x 0.5 cm defect with frayed edges. Definitive soot or unburned gunpowder particles are not visible on the fabric surrounding the defects.

GUNSHOT WOUND OF LEFT HIP (E)

ENTRANCE: On the left hip, 83 cm below the top of the head and 22 cm left of the anterior midline, is an entrance gunshot wound consisting of a 1.0 x 0.9 cm round defect. The defect is centered within a 3 cm pink contusion. Focal dark material is present in the wound. Gunpowder stippling is not visible on the skin surrounding the wound.

PATH: The hemorrhagic wound track sequentially perforates the skin and soft tissue of the left hip, left pelvic bone, and penetrates abdominal cavity. See note below.

ASSOCIATED INJURIES: Left pelvic bone fracture.

TRAJECTORY: The wound track travels from the decedent's left to right.

CLOTHING: On the left lower area of the hooded sweatshirt are 4 defects with frayed edges measuring up to 0.7 x 0.7 cm. These defects correspond to the entrance wounds D and E. In addition, there are 5 defects with frayed edges in the left lower anterior and lateral gray t-shirt measuring up to 1.0 x 1.0 cm. These defects correspond to the entrance wounds D, E, and F. On the left lateral portion of the waistband of the shorts is a 0.5 x 0.5 cm defect with frayed edges. Definitive soot or unburned gunpowder particles are not visible on the fabric surrounding the defects.

GUNSHOT WOUND OF LEFT LOWER BACK (F)

ENTRANCE: On the left lower back, 72 cm below the top of the head and 15.5 cm left of the posterior midline, is an entrance gunshot wound consisting of a 0.7 x 0.5 cm round defect with a 0.3 cm wide circumferential pink marginal abrasion. The defect is centered within a 4.0 x 1.5 cm light purple contusion. Soot, unburned gunpowder particles and gunpowder stippling are not visible on the skin surrounding the wound.

PATH: The hemorrhagic wound track sequentially perforates the skin and soft tissue of the left lower back, muscle, abdominal cavity. See note below.

ASSOCIATED INJURIES: Soft tissue and muscles injuries

TRAJECTORY: The wound track travels from the decedent's back to front.

CLOTHING: On the left lower back area of the hooded sweatshirt and corresponding to the entrance gunshot wound is a 2.7 x 1.2 cm defect with frayed edges. In addition, there are 5 defects in the left lower anterior and lateral gray t-shirt measuring up to 1.0 x 1.0 cm. These defects correspond to the entrance wounds D, E, and F. Soot or unburned gunpowder particles are not visible on the fabric surrounding the defects.

GUNSHOT WOUND OF RIGHT UPPER BACK (G)

ENTRANCE: On the right upper back, 29 cm below the top of the head and 11 cm right of the posterior midline, is an entrance gunshot wound consisting of a 0.7 x 0.5 cm round defect with a 0.3 cm wide circumferential pink marginal abrasion which is widest at the 12-3 o'clock position. Focal dark material is present in the wound, but it is indeterminate for soot. Gunpowder stippling is not visible on the skin surrounding the wound.

PATH: The hemorrhagic wound track sequentially perforates the skin and soft tissue of the right upper back, posterior right 3rd rib, upper lobe of the right lung, pericardial sac, right atrium of the heart, right ventricle of the heart, pericardial sac, diaphragm, left lobe of the liver, and penetrates the abdominal cavity. See note below.

ASSOCIATED INJURIES: Fracture of posterior right 3rd rib, right lung laceration, cardiac and pericardial lacerations, right hemothorax (1000 mL), and liver laceration.

TRAJECTORY: The wound track travels from the decedent's right to left and downward.

CLOTHING: On the right upper back area of the gray t-shirt and corresponding to the entrance gunshot wound is a 0.5 x 0.5 cm defect with frayed edges, and on the right upper back area of the hooded sweatshirt and corresponding to the entrance gunshot wound is a 0.5 x 0.5 cm defect with frayed edges. Definitive soot or unburned gunpowder particles are not visible on the fabric surrounding the defects.

ADDITIONAL NOTES FOR GUNSHOT WOUNDS OF TRUNK (A, D, E, F, G)

PATHS: Following entry into the abdominal cavity, the tracks are intersecting and cannot be further delineated.

PARTIAL EXITS:

B: On the right mid abdomen, 75 cm below the top of the head and 3.5 cm right of the anterior midline, is a partial exit gunshot wound consisting of a 0.6 cm laceration without marginal abrasion. The wound is centered within an 8.5 x 6.5 cm light pink contusion.

C: On the right lower abdomen, 86.5 cm below the top of the head and 5 cm right of the anterior midline, is a partial exit gunshot wound consisting of a 1.5 cm laceration without marginal abrasion. The wound is centered within a 7.5 x 4 cm purple contusion.

RECOVERED:

- A partially deformed metal projectile is recovered from the soft tissue of the left retroperitoneum
- A partially deformed metal projectile is found free floating within the left upper abdominal cavity.
- A partially deformed metal projectile is recovered from the soft tissue of the right anterior abdominal wall underlying partial exit B.
- A partially deformed metal projectile is recovered from the soft tissue of the lower right anterior abdominal wall underlying partial exit C
- A partially deformed metal projectile is recovered from the soft tissue of the anterior right hip

ASSOCIATED INJURIES: Multiple small bowel, large bowel, and mesenteric lacerations.

***EXTREMITIES:***

RIGHT ARM: There are punctate to linear crusted abrasions ranging from 0.1-1.5 cm on the anterior aspect of right forearm, and there is a 3 cm purple contusion on the posterior hand.

LEFT ARM: There is a 7 x 3 cm pink-purple contusion on the posteromedial aspect of the forearm, and a 3 cm purple contusion on the distal aspect of the posterolateral forearm. There is a 7 x 6 cm pink-purple contusion on the dorsal hand, a 0.7 cm blue contusion on the palmar aspect of the 5th finger, and linear purple contusions ranging from 3-7 cm on the palm of the hand. There is soft tissue swelling of the left wrist.

Injuries and findings above, having been mentioned once, will not be repeated.

## ***INTERNAL EXAMINATION***

***BODY CAVITIES:*** SEE EVIDENCE OF INJURY SECTION

Thoracic and abdominal organs show normal anatomic relations. Body cavities contain no adhesions.

***HEAD AND CENTRAL NERVOUS SYSTEM:***

Scalp and skull are unremarkable. Dura, falx, and dural sinuses are intact. No epidural, subdural, or subarachnoid hemorrhage is present. Leptomeninges are thin and delicate. Cerebral hemispheres are symmetrical but edematous, with no evidence of pressure phenomenon. Cranial nerves and blood vessels at the base of the brain show normal anatomic relations. The brain weighs 1593 grams. Serial coronal sections of the cerebral hemispheres reveal normal relations of gray and white matter structures with no focal abnormalities. Serial transverse sections of cerebellar hemispheres, midbrain, and medulla oblongata are likewise unremarkable.

***NECK:***

Examination of the soft tissues of the neck, including the tongue, reveals no abnormalities. Anterior, layer-by-layer, in-situ neck dissection reveals no subcutaneous tissue, strap muscle, carotid sheath, or deep soft tissue hemorrhages or thyroid cartilage, hyoid bone, or cervical neck injury. No extravasated blood is present in the prevertebral cervical fascia.

***FINDINGS***

I. Multiple gunshot wounds of trunk
   A. Gunshot wound of left upper shoulder (A) – indeterminate range of fire
      1. Entrance: Left upper shoulder
      2. Path:
         a. Perforates: Skin and soft tissue of the left superior shoulder, posterior left second rib, left upper lobe of lung, left lower lobe of lung, pericardial sac, posterior left ventricle of the heart, and diaphragm
         b. Penetrates: Abdominal cavity
      3. Associated Injuries:
         a. Left lung lacerations
         b. Left hemopneumothorax (1500 mL)
         c. Pericardial and cardiac lacerations
         d. Posterior left 2nd rib fracture
      4. Trajectory: Downward
   B. Gunshot wound of left anterior hip (D) – indeterminate range of fire
      1. Entrance: Left anterior hip
      2. Path:
         a. Perforates: Skin and soft tissue of the left hip and left pelvic bone
         b. Penetrates: Abdominal cavity
      3. Associated Injuries:
         a. Left pelvic bone fracture
      4. Trajectory: Left to right
   C. Gunshot wound of left hip (E) – indeterminate range of fire
      1. Entrance: Left hip
      2. Path:
         a. Perforates: Skin and soft tissue of the left hip and left pelvic bone
         b. Penetrates: Abdominal cavity
      3. Associated Injuries: Left pelvic bone fracture
      4. Trajectory: Left to right
   D. Gunshot wound of left lower back (F) – indeterminate range of fire
      1. Entrance: Left lower back
      2. Path:
         a. Perforates: Skin and soft tissue of left lower back and muscle
         b. Penetrates: Abdominal cavity
      3. Associated Injuries: Soft tissue injuries
      4. Trajectory: Back to front
   E. Gunshot wound right upper back (G) – indeterminate range of fire
      1. Entrance: Right upper back
      2. Path:

a. Perforates: Skin and soft tissue of the right upper back, posterior right 3rd rib, upper lobe of the right lung, pericardial sac, right atrium of the heart, right ventricle of the heart, pericardial sac, diaphragm, and left lobe of liver
b. Penetrates: Abdominal cavity
3. Associated Injuries:
a. Fracture of posterior right 3rd rib
b. Right lung laceration
c. Cardiac and pericardial lacerations
d. Right hemopneumothorax (1000 mL)
e. Liver laceration
4. Trajectory: Right to left and downward

F. Gunshot wounds A, D, E, F, and G
1. Paths: Following entry into the abdominal cavity, the tracks are intersecting and cannot be further delineated
2. Partial exits
a. B: Right mid abdomen
b. C: Right lower abdomen
3. Associated injuries
a. Hemoperitoneum (1000 mL)
b. Lacerations of the small bowel, large bowel, and mesentery
4. Recovery:
a. Partially deformed metal projectile, soft tissue of the left retroperitoneum
b. Partially deformed metal projectile, found free floating within the left upper abdominal cavity
c. Partially deformed metal projectile, soft tissue of the right anterior abdominal wall underlying partial exit B
d. Partially deformed metal projectile, soft tissue of the lower right anterior abdominal wall underlying partial exit C
e. Partially deformed metal projectile, soft tissue of the anterior right hip

II. Blunt trauma
A. Contusions of right hand, left forearm, and left hand
B. Soft tissue swelling of left wrist
C. Abrasions of left forehead and left lower neck

III. Negative anterior neck dissection

***CONCLUSION:***

It is my opinion that Nicholas Detweiler, a 32-year-old male, died as a result of multiple gunshot wounds of the trunk. Based on circumstances surrounding the death, as currently known, the manner of death is homicide.

***CAUSE OF DEATH:***

Gunshot wounds of trunk

***MANNER OF DEATH:***

Homicide

11/7/2024

Catherine M. Nicka, M.D. Date