# EXHIBIT H

Patient Record 87393784 Generated 12/30/23 09:59PM PST Run # ERBa231225

**PRID:** 87393784 **Run #:** ERBa231225

MT SHASTA AMBULANCE

**Service:** Mt. Shasta Ambulance Service
**Base:** Mt. Shasta
**Unit:** 77
**Dispatched As:** Traumatic Injury
**Mass Casualty:** No
**Vehc. Disp. GPS:** 41.303903,-122.3103409
**Type of Svc:** Emergency Response (Primary Response Area)
**Dispatch Priority:** Unscheduled Yreka ECC Dispatched
**Response Mode:** Emergent (Immediate Response)
**Mode Descriptors:** Lights and Sirens
**Disposition:** Dead at Scene - Resuscitation Attempted - No Transport
**Unit Disposition:** Patient Contact Made
**Patient Evaluation/Care:** Patient Evaluated and Care Provided
**Crew Disposition:** Initiated and Continued Primary Care
**Transport Disposition:** No Transport
**Reason for Refusal/Release:** Other, Not Listed

**Referring / Scene:** 158 W Lake St
Mt Shasta, CA 96067
Siskiyou County
United States
**Ref. GPS:** 41.3127808,-122.3134796

**Date:** December 23, 2023
**Team:** ALS - Paramedic
**Crew 1:** *Primary Caregiver - Transport, Primary Caregiver - Scene*
* Braswell, Erik
EMT-P
**Crew 2:** *Driver/Pilot - Response, Driver/Pilot - Transport*
Anderson, Amber
EMT-B

** designates an ALS Provider*

**RFT:** C1121b
**Transport Mode:**
**Final Acuity:** Dead without Resuscitation Efforts (Black)

---

**Last Name:** DETWEILER
**First Name:** NICHOLAS
*Unknown Address*
**DOB:** 12/04/1991
**Age:** 32y **Gender:** M **Weight:** 175 lb
**Height:**
**Subscriber:** No
**Race:** White
**Billing Information:**
None Given

| Times | |
|---|---|
| Dispatch: | 00:41 |
| EnRoute: | 00:45 |
| At Ref: | 00:49 |
| At Patient: | 00:50 |
| Leave Ref: | 01:54 |
| Available: | 01:54 |

**Consent Signed:** No
**PCS / Medical Necessity Signed:** No

**Narrative**

MEDIC 77 DISPATCHED FOR GSW. ARRIVED ROADSIDE TO FIND THE PT UNRESPONSIVE LAYING ON THE GROUND WITH MSFD PERFORM NG BLS CPR. PT HAD AED ATTACHED AND I-GEL SIZE 4 PLACED BY MSFD WITH BVM WITH HIGH FLOW 02 ATTACHED WITH GOOD CHEST RISE AND FALL. MSFD REPORTED PT WAS SHOT FOUR TIMES. 1-UPPER LEFT SHOULDER WITH OCCLUSIVE DRESSING APPLIED, 2- RIGHT LOWER ABD WITH OCCLUSIVE DRESSING APPLIED, 3- LEFT HIP WITH GAUZE DRESSING APPLIED, 4- LEFT LOWER ABD WITH GAUZE APPLIED DRESSINGS APPLIED BY MSFD. PT WAS ATTACHED TO AED, WHILE WALKING UP TO PT AED WAS ANALYZING PT THEN NO SHOCK ADVISED. CPR WAS RESUMED. PT WAS ATTACHED TO CARDIAC MONITORED. OCCLUSIVE DRESSING WAS ATTACHED TO WOUNDS 3 AND 4. CPR WAS PAUSED TO CHECK RHYTHM, RHYTHM SHOWED PEA ON THE MONITOR. CPR WAS RESUMED. MMCMS WOULD CONTACTED VIA CELLULAR DEVICE WITH ORDERS TO CEASE CPR AND TOD 0053. NO FURTHER PT CONTACT. ALL PT BELONGINGS REMAINED WITH THE PT. REPORT COMPLETED BY PARAMEDIC BRASWELL.

**Scene Information**

**Num. Patients On Scene:** 1

**Chief Complaint (Category: Traumatic Injury)**

GSW

**Anatomic Location:** Chest,Abdomen

**History of Present Illness**

| Medical History | Current Medications | Allergies |
|---|---|---|
| Obtained From: Not Recorded | None Listed | None Listed |